**GOVERNMENT EXHIBIT LIST:** <u>UNITED STATES OF AMERICA v. MARCO LAURETI</u> **16-60340-CR-BLOOM(s) (COHN)**
**AUSA RANDALL D. KATZ and AUSA KAREN STEWART**

| Exh. # | DESCRIPTION OF EXHIBIT | BATE STAMP NUMBER RANGE | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 1 | **Composite: Washington Mutual Loan File for 1800 Sunset Harbour Drive, Unit TS-2/TS-3, Miami Beach, Florida** | **JMPC4368-00001 to JMPC4368-03564** | | |
| 1A | Mortgage | JMPC4368-00155 to JMPC4368-00170 | | |
| 1B | Purchase and Sale Agreement | JMPC4368-00410 to JMPC4368-00415 | | |
| 1C | Signature / Name Affidavit | JMPC4368-00393 | | |
| 1D | Occupancy Affidavit | JMPC4368-00348 to JMPC4368-00351 | | |
| 1E | Verbal Verification of Employment | JMPC4368-00274 | | |
| 1F | Colonial Bank Statements - Felix Mostelac - March 2007; February 2007, January 2007 - Account ending 1628 | JMPC4368-00279 to JMPC4368-00280; JMPC4368-00291 to JMPC4368-00294 | | |
| 1G | Colonial Bank Statements - Mostelac Enterprises - January, February 2007 - Account ending 6007 | JMPC4368-00288 to JMPC4368-00290 | | |
| 1H | Bank Letters | JMPC4368-00447 to JMPC4368-00449; JMPC4368-00451 to JMPC4368-00456 | | |
| 1I | CPA Letter | JMPC4368-00467 | | |
| 1J | HUD-1 Settlement Statement | JMPC4368-00267 to JMPC4368-00268, JMPC4368-00270 | | |
| 1K | Loan Application | JMPC4368-00016 to JMPC4368-00019 | | |
| 1L | Underwriting Transmittal Summary | JMPC4368-00431 | | |
| 2 | **Composite: Washington Mutual Loan Files for 45 Hendricks Isle, Unit 2B, Fort Lauderdale, Florida** | **JPMC1618-0001 to JPMC1618-01488 and JPMC7991-00001 to JPMC7991-00203** | | |

**GOVERNMENT EXHIBIT LIST: UNITED STATES OF AMERICA v. MARCO LAURETI 16-60340-CR-BLOOM(s) (COHN)**
**AUSA RANDALL D. KATZ and AUSA KAREN STEWART**

| Exh. # | DESCRIPTION OF EXHIBIT | BATE STAMP NUMBER RANGE | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 2A | First Mortgage | JPMC1618-00001 to JPMC1618-00017 | | |
| 2B | Original Purchase and Sale Agreement | JPMC1618-00744 to JPMC1618-00754 | | |
| 2C | Modified First Page of Purchase and Sale Agreement | JPMC1618-00755 | | |
| 2D | Occupancy Affidavit | JPMC1618-00278 to JPMC1618-00281 | | |
| 2E | Verbal Verification of Employment | JPMC1618-00260 | | |
| 2F | Pay stubs | JPMC1618-00259 | | |
| 2G | 2005 W-2 | JPMC1618-00256 | | |
| 2H | 2006 W-2 | JPMC1618-00255 | | |
| 2I | HUD-1 Settlement Statement | JPMC1618-00232 to JPMC1618-00233 | | |
| 2J | Bank of America Statements - Hector Corzo - March through May 2007 - Account ending 0158 | JPMC1618-00237 to JPMC1618-00245 | | |
| 2K | First Mortgage Loan Application | JPMC1618-00050 - JPMC1618-00053 | | |
| 2L | Loan Approval Summary | JPMC1618-00813 | | |
| 2M | Monthly Mortgage Payments | JPMC1618-01486 to JPMC1618-01488 | | |
| 2AA | Second Mortgage | JPMC7991-00022 to JPMC7991-00028 | | |
| 2BB | Second Loan Application | JPMC7991-00003 to JPMC7991-00005 | | |
| **3** | **Composite: Washington Mutual Loan File for 45 Hendricks Isle, Unit 3D, Fort Lauderdale, Florida** | **JPMC5077-00001 to JPMC5077-01826** | | |
| 3A | Mortgage | JPMC5077-00013 to JPMC5077-00029 | | |

Case 0:16-cr-60340-BB   Document 66   Entered on FLSD Docket 10/18/2017   Page 3 of 17

**GOVERNMENT EXHIBIT LIST: UNITED STATES OF AMERICA v. MARCO LAURETI 16-60340-CR-BLOOM(s) (COHN)**
**AUSA RANDALL D. KATZ and AUSA KAREN STEWART**

| Exh. # | DESCRIPTION OF EXHIBIT | BATE STAMP NUMBER RANGE | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 3B | Purchase and Sale Agreement | JPMC5077-00917 to JPMC5077-00927 | | |
| 3C | Request for Verification of Employment | JPMC5077-00321 | | |
| 3D | Verbal Verification of Employment | JPMC5077-00323 | | |
| 3E | HUD-1 Settlement Statement | JPMC5077-00316 to JPMC5077-00317 | | |
| 3F | Final Loan Application | JPMC5077-00095 to JPMC5077-00098 | | |
| 3G | Loan Approval Summary | JPMC5077-00440, JPMC5077-00444 | | |
| 3H | Payment Information | JPMC5077-00369 | | |
| 3I | Mortgage Payments | JPMC5077-01793 to JPMC5077-01826 | | |
| 4 | **Composite: Washington Mutual Loan File for 205 East San Marino Drive, Miami Beach, FL** | **JPMC2844-00001 to JPMC2844-04435** | | |
| 4A | Mortgage | JPMC2844-00189 to JPMC2844-00205 | | |
| 4B | Purchase and Sale Agreement | JPMC2844-00568 to JPMC2844-00573 | | |
| 4C | E-mail "Liquid Assets" | JPMC2844-00382 | | |
| 4D | TD AmeriTrade Account Statements - Marco Laureti - April through May 2007 | JPMC2844-00383 to JPMC2844-00393 | | |
| 4E | Countrywide Bank Statements - Marco Laureti - April through May 2007 | JPMC2844-00394 to JPMC2844-00395 | | |
| 4F | Citibank Statements - Marco Laureti - April through May 2007 | JPMC2844-00396 to JPMC2844-00409 | | |
| 4G | Wachovia Statements - Marco Laureti - March through May 2007 | JPMC2844-00410 to JPMC2844-00418 | | |
| 4H | Wachovia Statements - Laureti Holdings Company - April through May 2007 | JPMC2844-00419 to JPMC2844-00424 | | |

Case 0:16-cr-60340-BB Document 66 Entered on FLSD Docket 10/18/2017 Page 4 of 17

GOVERNMENT EXHIBIT LIST: UNITED STATES OF AMERICA v. MARCO LAURETI 16-60340-CR-BLOOM(s) (COHN)
AUSA RANDALL D. KATZ and AUSA KAREN STEWART

| Exh. # | DESCRIPTION OF EXHIBIT | BATE STAMP NUMBER RANGE | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 4I | U.S. Income Tax Return - Laureti Holdings Company - Form 1120S - 2005 | JPMC2844-00425 to JPMC2844-00432 | | |
| 4J | U.S. Income Tax Return - Laureti Publishing Inc - Form 1120S - 2005 | JPMC2844-00433 to JPMC2844-00440 | | |
| 4K | U.S. Individual Tax Return - Marco Laureti - Form 1040 - 2005 | JPMC2844-00441 to JPMC2844-00450 | | |
| 4L | U.S. Income Tax Return - Laureti Holdings Company - Form 1120S - 2006 | JPMC2844-00451 to JPMC2844-00457 | | |
| 4M | U.S. Income Tax Return - Laureti Publishing Inc - Form 1120S - 2006 | JPMC2844-00458 to JPMC2844-00465 | | |
| 4N | U.S. Individual Tax Return - Marco Laureti - Form 1040 - 2006 | JPMC2844-00466 to JPMC2844-00477 | | |
| 4O | HUD-1 Settlement Statement | JPMC2844-00333 to JPMC2844-00334 | | |
| 4P | Payment Information | JPMC2844-00517 | | |
| 4Q | Promissory Note | JPMC2844-00567 | | |
| 4R | Loan Application | JPMC2844-00010 to JPMC2844-00012 | | |
| 4S | Verbal Verification of Employment | JPMC2844-00337 | | |
| 4T | Loan Approval Summary | JPMC2844-00590, JPMC2844-00591 | | |
| 4U | Wachovia Bank Statement - Northview Equities LLC - July 2009 | JPMC2844-02041 | | |
| **5** | **Composite: Washington Mutual Loan File for 45 Hendricks Isle, Unit PH-F, Fort Lauderdale, Florida** | **JPMC1523-00001 to JPMC1523-01400** | | |
| 5A | Mortgage | JPMC1523-00014 to JPMC1523-00030 | | |
| 5B | Purchase and Sale Agreement | JPMC1523-00306 to JPMC1523-00308; JPMC1523-00313 to JPMC-00321 | | |

Case 0:16-cr-60340-BB   Document 66   Entered on FLSD Docket 10/18/2017   Page 5 of 17

GOVERNMENT EXHIBIT LIST: UNITED STATES OF AMERICA v. MARCO LAURETI  16-60340-CR-BLOOM(s) (COHN)
AUSA RANDALL D. KATZ and AUSA KAREN STEWART

| Exh. # | DESCRIPTION OF EXHIBIT | BATE STAMP NUMBER RANGE | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 5C | Occupancy Affidavit | JPMC1523-00260 to JPMC1523-00263 | | |
| 5D | HUD-1 Settlement Statement | JPMC1523-00231 to JPMC1523-00232 | | |
| 5E | Bank of America Statements - Eneida Ramirez - March through May 2007 - Account ending 5600 | JPMC1523-00237 to JPMC1523-00247 | | |
| 5F | Loan Application | JPMC1523-00050 to JPMC1523-00053 | | |
| 5G | Loan Approval Summary | JPMC1523-00341 | | |
| 5H | Underwriting Transmittal Summary | JPMC1523-00355 | | |
| 5I | Request for Verification of Employment | JPMC1523-00236 | | |
| 5J | Verbal Verification of Employment | JPMC1523-00248 | | |
| 5K | Mortgage Payments | JPMC1523-01370 to JPMC1523-01399 | | |
| 6 | **Composite: Washington Mutual Loan Files for 45 Hendricks Isle, Unit 4D, Fort Lauderdale, Florida** | **JPMC2279-00001 to JPMC2279-01817, and JPMC4120-00001 to JPMC4120-00236** | | |
| 6A | First Mortgage | JPMC2279-00201 to JPMC2279-00217 | | |
| 6B | Purchase and Sale Agreement | JPMC2279-00413 to JPMC2279-00424 | | |
| 6C | Occupancy Affidavit | JPMC2279-00377 to JPMC2279-00380 | | |
| 6D | Request for Verification of Employment | JPMC2279-00286 | | |
| 6E | HUD-1 Settlement Statement | JPMC2279-00284 to JPMC2279-00285 | | |
| 6F | Citibank Statements - Pedro Melian - March through May 2007 - Account Ending 4444 | JPMC2279-00288 to JPMC2279-00295 | | |

**GOVERNMENT EXHIBIT LIST: <u>UNITED STATES OF AMERICA v. MARCO LAURETI</u>  16-60340-CR-BLOOM(s) (COHN)**
**AUSA RANDALL D. KATZ and AUSA KAREN STEWART**

| Exh. # | DESCRIPTION OF EXHIBIT | BATE STAMP NUMBER RANGE | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 6G | First Loan Application | JPMC2279-00010 to JPMC2279-00013 | | |
| 6H | Verbal Verification of Employment | JPMC2279-00315 | | |
| 6I | Underwriting Transmittal Summary | JPMC2279-00450 | | |
| 6J | Payment Information | JPMC2279-00349 | | |
| 6K | Loan Approval Summary | JPMC2279-00435 to JPMC2279-00436 | | |
| 6L | Letter of Explanation | JPMC2279-00473 | | |
| 6M | Mortgage Payments | JPMC2279-01800 to JPMC2279-01816 | | |
| 6AA | Second Mortgage | JPMC4120-00210 to JPMC4120-00216 | | |
| 6BB | Second Loan Application | JPMC4120-00168 to JPMC2279-00171 | | |
| 6CC | Line of Credit Initial Draw Request | JPMC4120-00178 | | |
| **7A** | **Composite: Florida Elite Title & Escrow- Title File for Hector Corzo First Mortgage** | **FETE2256-00001 to FETE2256-00282; CABRE-00224 to CABRE-00262** | | |
| 7AA | Landtech Receipt/Check Disbursement Statement | FETE2256-00035 | | |
| 7AB | Eastern National Bank Cashier's Check | FETE2256-00053 | | |
| 7AC | Quitclaim Deed | CABRE-00224 | | |
| **7B** | **Composite: Florida Elite Title & Escrow- Title File for Hector Corzo Second Mortgage** | **FETE2256X-00001 to FETE2256X-00050** | | |
| 7BA | Landtech Receipt/Check Disbursement Statement | FETE2256X-00003 | | |
| **8** | **Composite: Florida Elite Title & Escrow- Title File for Jorge de la Cruz** | **FETE2239-00001 to FETE2239-00237** | | |
| 8A | Landtech Receipt/Check Disbursement Statement | FETE2239-00033 | | |
| 8B | Wachovia Official Check | FETE2239-00053 | | |
| 8C | Northview Equities LLC Payoff Statement | FETE2239-00054 | | |

**GOVERNMENT EXHIBIT LIST: UNITED STATES OF AMERICA v. MARCO LAURETI 16-60340-CR-BLOOM(s) (COHN)**
**AUSA RANDALL D. KATZ and AUSA KAREN STEWART**

| Exh. # | DESCRIPTION OF EXHIBIT | BATE STAMP NUMBER RANGE | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 9 | **Composite: Florida Elite Title & Escrow- Title File for Marco Laureti** | **FETE2253-00001 to FETE2253-00282** | | |
| 9A | Landtech Receipt/Check Disbursement Statement | FETE2253-00055 | | |
| 9B | Wachovia Official Check | FETE2253-00057 | | |
| 9C | "As-is" Sale and Purchase Contract | FETE2253-00272 to FETE2253-00277 | | |
| 10 | **Composite: Florida Elite Title & Escrow- Title File for Eneida Ramirez** | **FETE2300-00001 to FETE2300-00267** | | |
| 10A | File Information Sheet | FETE2300-00001 | | |
| 10B | Landtech Receipt/Check Disbursement Statement | FETE2300-00015 | | |
| 10C | Northview Equities LLC Payoff Statement | FETE2300-00032 | | |
| 11A | **Composite: Florida Elite Title & Escrow- Title File for Pedro Melian First Mortgage** | **FETE2315-00001 to FETE2315-00209** | | |
| 11AA | Landtech Receipt/Check Disbursement Statement | FETE2315-00018 | | |
| 11AB | Wachovia Official Check | FETE2315-00029 | | |
| 11AC | Northview Equities LLC Wiring Instructions | FETE2315-00031 | | |
| 11B | **Composite: Florida Elite Title & Escrow- Title File for Pedro Melian Second Mortgage** | **FETE2315X-00001 to FETE2315X-00079** | | |
| 11BA | Landtech Receipt/Check Disbursement Statement | FETE2315X-00001 | | |
| 12 | **Composite: Bank of America - Florida Elite Title & Escrow LLC Escrow Account - Wires for Loan Funds** | **BOAWIRE-00001 to BOAWIRE-00028** | | |
| 12A | June 25, 2007 Wire for $1,316,006.80 | BOAWIRE-00005 to BOAWIRE-00008 | | |
| 12B | June 25, 2007 Wire for $160,639.20 | BOAWIRE-00009 to BOAWIRE-00012 | | |
| 12C | June 26, 2007 Wire for $1,497,734.30 | BOAWIRE-00001 to BOAWIRE-00004 | | |
| 12D | July 18, 2007 Wire for $5,210,280.82 | BOAWIRE-00017 to BOAWIRE-00020 | | |

Case 0:16-cr-60340-BB Document 66 Entered on FLSD Docket 10/18/2017 Page 8 of 17

**GOVERNMENT EXHIBIT LIST: <u>UNITED STATES OF AMERICA v. MARCO LAURETI</u> 16-60340-CR-BLOOM(s) (COHN)**
**AUSA RANDALL D. KATZ and AUSA KAREN STEWART**

| Exh. # | DESCRIPTION OF EXHIBIT | BATE STAMP NUMBER RANGE | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 12E | July 20, 2007 Wire for $3,105,817.44 | BOAWIRE-00013 to BOAWIRE-00016 | | |
| 12F | August 6, 2007 Wire for $1,719,315.54 | BOAWIRE-00021 to BOAWIRE-00024 | | |
| 12G | August 6, 2007 Wire for $210,849.00 | BOAWIRE-00025 to BOAWIRE-00028 | | |
| 13 | **Composite: Bank of America Records - Florida Elite Title & Escrow LLC - Escrow Account ending 9340** | **BOA9340-00001 to BOA9340-04586** | | |
| 13A | June 2007 Account Statement | BOA9340-00075 to BOA9340-00089 | | |
| 13B | July 2007 Account Statement | BOA9340-00090 to BOA9340-00101 | | |
| 13C | August 2007 Account Statement | BOA9340-00102 to BOA9340-00113 | | |
| 13D | June 14, 2007 Deposit for $2,362,213.62 | BOA9340-00421, BOA9340-00423 | | |
| 13E | June 26, 2007 Deposit for $143,417.83 | BOA9340-00445 to BOA9340-00446 | | |
| 13F | June 27, 2007 Deposit for $596,050.99 | BOA9340-00452, BOA9340-00454 | | |
| 13G | July 19, 2007 Deposit for $1,693,899.41 | BOA9340-00471, BOA9340-00476 | | |
| 13H | July 24, 2007 Deposit for $702,930.90 | BOA9340-00484, BOA9340-00486 | | |
| 13I | August 6, 2017 Deposit for $157,917.36 | BOA9340-00500 to BOA9340-00501 | | |
| 14 | **Bank of America Records - Florida Elite Title & Escrow LLC - Operating Account ending 9353** | **BOA9353-00001 to BOA9353-01310** | | |
| 15 | **Bank of America Records - Florida Elite Title & Escrow LLC - Escrow Account ending 1144** | **BOA1144-00001 to BOA1144-01019** | | |
| 16 | **Wells Fargo Records - Cash-to-Close Checks** | **WFCTC-00001 to WFCTC-00021** | | |
| 17 | **Composite: Eastern National Bank Records - American Holding Group, LLC - Account ending 5506** | **ENB5506-00001 to ENB5506-00142** | | |
| 17A | June 2007 Account Statement and Supporting Documentation | ENB5506-00062 to ENB5506-00099 | | |
| 17B | July 2007 Account Statement and Supporting Documentation | ENB5506-00100 to ENB5506-00118 | | |
| 17C | Wire from Northwest Invest LLC | ENB5506-00133 | | |
| 18 | **Composite: Eastern National Bank Records - American Holding Group, LLC -Account ending 2806** | **ENB2806-00001 to ENB2806-00102** | | |

**GOVERNMENT EXHIBIT LIST: UNITED STATES OF AMERICA v. MARCO LAURETI 16-60340-CR-BLOOM(s) (COHN)**
**AUSA RANDALL D. KATZ and AUSA KAREN STEWART**

| Exh. # | DESCRIPTION OF EXHIBIT | BATE STAMP NUMBER RANGE | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 18A | June 2007 Account Statement and Supporting Documentation | ENB2806-00042 to ENB2806-00066 | | |
| 18B | July 2007 Account Statement and Supporting Documentation | ENB2806-00067 to ENB2806-00091 | | |
| **19** | **Colonial Bank Records - Mostelac Enterprises - Account ending 6007** | **BBT6607-00002 to BBT6607-00031** | | |
| **20** | **Colonial Bank Records - Felix Mostelac - Account ending 1628** | **BBT1628-00002 to BBT1628-00010** | | |
| **21** | **Composite: Washington Mutual Bank Records - Hector Corzo - Account ending 3997** | **JPMC3997-00001 to JPMC3997-00049** | | |
| 21A | Signature Card | JPMC3997-00004 to JPMC3997-00005 | | |
| 21B | May-June Account Statement | JPMC3997-00027 to JPMC3997-00028 | | |
| **22** | **Composite: Washington Mutual Bank Records - Hector Corzo - Account ending 0969** | **JPMC0969-00001 to JPMC0969-00140** | | |
| 22A | Signature Card | JPMC0969-00001 | | |
| 22B | May-June Account Statement | JPMC0969-00020 to JPMC0969-00023 | | |
| **22i** | **Composite: Bank of America Records - Hector Corzo - Account ending 0842** | **BOA0842-00001 to BOA0842-00027** | | |
| **23** | **Composite: Wachovia Records - Jorge de la Cruz - Account ending 8286** | **WF8286-00001 to WF8286-00043** | | |
| 23A | Signature Card | WF8286-00029 to WF8286-00030 | | |
| 23B | May 17, 2007 Account Statement | WF8286-00002 to WF8286-00003 | | |
| 23C | June 18, 2007 Account Statement | WF8286-00004 to WF8286-00005 | | |
| 23D | July 19, 2007 Account Statement | WF8286-00006 to WF8286-00011 | | |
| 23E | Deposited Check for $40,000.00 | WF8286-00042 to WF8286-00043 | | |
| 23F | Account Check #1001 for $2,000.00 | WF8286-00036 | | |
| 23G | Account Check #1002 for $9,200.00 | WF8286-00035 | | |

**GOVERNMENT EXHIBIT LIST: UNITED STATES OF AMERICA v. MARCO LAURETI 16-60340-CR-BLOOM(s) (COHN)**
**AUSA RANDALL D. KATZ and AUSA KAREN STEWART**

| Exh. # | DESCRIPTION OF EXHIBIT | BATE STAMP NUMBER RANGE | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 24 | **Composite: Citibank Records - Marco Laureti - Account ending 5133** | **CITI5133-00001 to CITI5133-00450** | | |
| 24A | April 2007 Account Statement | CITI5133-00047 to CITI5133-00054 | | |
| 24B | May 2007 Account Statement | CITI5133-00055 to CITI5133-00060 | | |
| 24C | June 2007 Account Statement | CITI5133-00061 to CITI5133-00066 | | |
| 24D | July 2007 Account Statement | CITI5133-00067 to CITI5133-00074 | | |
| 25 | **Composite: Wachovia Records - Marco Laureti - Accounts ending 6712 and 5589** | **WF6712-00001 to WF6712-00051** | | |
| 25A | March - April 2007 Account Statement | WF6712-00005 to WF6712-00008 | | |
| 25B | April - May 2007 Account Statement | WF6712-00009 to WF6712-00013 | | |
| 25C | May - June 2007 Account Statement | WF6712-00014 to WF6712-00019 | | |
| 25D | June - July 2007 Account Statement | WF6712-00020 to WF6712-00025 | | |
| 26 | **Composite: Wachovia Records - Emerald Village LLC / Laureti Holdings Co. - Account ending 2401** | **WF2401-00001 to WF2401-00042** | | |
| 26A | Signature Card | WF2401-00001 to WF2401-00002 | | |
| 26B | April 2007 Account Statement | WF2401-00015 to WF2401-00018 | | |
| 26C | May 2007 Account Statement | WF2401-00019 to WF2401-00022 | | |
| 26D | June 2007 Account Statement | WF2401-00023 to WF2401-00026 | | |
| 26E | July 2007 Account Statement | WF2401-00027 to WF2401-00030 | | |
| 27 | **Composite: Wells Fargo Records - Northview Equities, LLC - Account ending 4426** | **WF4426-00001 to WF4426-00058** | | |
| 27A | Signature Card | WF4426-00001 to WF4426-00004 | | |
| 27B | June 2007 Account Statement | WF4426-00005 to WF4426-00006 | | |
| 27C | July 2007 Account Statement | WF4426-00007 to WF4426-00009 | | |
| 27D | August 2007 Account Statement | WF4426-00010 to WF4426-00012 | | |
| 27E | September 2007 Account Statement | WF4426-00013 to WF4426-00015 | | |
| 27F | Account Check #1007 for $40,000.00 | WF4426-00017 | | |
| 27G | Account Check #1006 for $596,050.99 | WF4426-00018 | | |
| 27H | Account Check #1009 for $702,903.90 | WF4426-00021 | | |

Case 0:16-cr-60340-BB   Document 66   Entered on FLSD Docket 10/18/2017   Page 11 of 17

GOVERNMENT EXHIBIT LIST: **UNITED STATES OF AMERICA v. MARCO LAURETI** 16-60340-CR-BLOOM(s) (COHN)
AUSA RANDALL D. KATZ and AUSA KAREN STEWART

| Exh. # | DESCRIPTION OF EXHIBIT | BATE STAMP NUMBER RANGE | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 27I | Account Check #1012 for $157,917.36 | WF4426-00024 | | |
| 27J | Account Check #1018 for $431,358.03 | WF4426-00030 | | |
| **28** | **Composite: Wachovia Records - Northview Equities, LLC - Account ending 2870** | **WF2870-00001 to WF2870-00044** | | |
| 28A | Signature Card | WF2870-00001 to WF2870-00003 | | |
| 28B | June 2007 Account Statement | WF2870-00004 to WF2870-00005 | | |
| 28C | July 2007 Account Statement | WF2870-00006 to WF2870-00007 | | |
| 28D | August 2007 Account Statement | WF2870-00008 to WF2870-00010 | | |
| 28E | Deposited Check for $1,401.00 | WF2870-00017 | | |
| 28F | Official Check for $431,358.03 | WF2870-00025 | | |
| **29** | **Composite: Wells Fargo Records - Northview Real Estate, LLC - Account ending 2171** | **WF2171-00001 to WF2171-00031** | | |
| 29A | Signature Card | WF2171-00013 to WF2171-00015 | | |
| 29B | June 2007 Account Statement | WF2171-00026 to WF2171-00027 | | |
| 29C | Deposited Check for $19,000.00 | WF2171-00023 | | |
| 29D | July 2007 Account Statement | WF2171-00028 to WF2171-00029 | | |
| 29E | August 2007 Account Statement | WF2171-00030 | | |
| **30** | **Composite: Wachovia Records - Retrade, Inc. - Account ending 2582** | **WF2582-00001 to WF2582-00015** | | |
| 30A | Signature Card | WF2582-00001 | | |
| 30B | July 2007 Account Statement | WF2582-00004 to WF2582-00005 | | |
| **31** | **Composite: Wachovia Records - Northview Capital LLC - Account ending 3667** | **WF3667-00001 to WF3667-00030** | | |
| 31A | Signature Card | WF3667-00001 | | |
| 31B | March 2007 Account Statement | WF3667-00006 to WF3667-00007 | | |
| 31C | April 2007 Account Statement | WF3667-00008 to WF3667-00009 | | |
| 31D | May 2007 Account Statement | WF3667-00010 to WF3667-00011 | | |
| 31E | June 2007 Account Statement | WF3667-00012 to WF3667-00014 | | |
| 31F | July 2007 Account Statement | WF3667-00015 to WF3667-00017 | | |

Case 0:16-cr-60340-BB   Document 66   Entered on FLSD Docket 10/18/2017   Page 12 of 17

GOVERNMENT EXHIBIT LIST: **UNITED STATES OF AMERICA v. MARCO LAURETI** 16-60340-CR-BLOOM(s) (COHN)
**AUSA RANDALL D. KATZ and AUSA KAREN STEWART**

| Exh. # | DESCRIPTION OF EXHIBIT | BATE STAMP NUMBER RANGE | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| **32** | **Composite: Wachovia Records - Laureti Holdings Company dba S Point Properties - Account ending 3312** | **WF3312-00001 to WF3312-00041** | | |
| 32A | Signature Card | WF3312-00001 | | |
| 32B | March 2007 Account Statement | WF3312-00010 to WF3312-00013 | | |
| 32C | April 2007 Account Statement | WF3312-00014 to WF3312-00015 | | |
| 32D | May 2007 Account Statement | WF3312-00016 to WF3312-00019 | | |
| 32E | June 2007 Account Statement | WF3312-00020 to WF3312-00023 | | |
| 32F | July 2007 Account Statement | WF3312-00024 to WF3312-00027 | | |
| **33** | **Composite: Wells Fargo Records - Mellon Management Inc - Account ending 2919** | **WF2919-00001 to WF2919-00020** | | |
| 33A | July 2007 Account Statement | WF2919-00001 to WF2919-00002 | | |
| **34** | **Composite: Wells Fargo Records - Mellon Management Inc - Account ending 2825** | **WF2825-00001 to WF2825-00013** | | |
| 34A | July 2007 Account Statement | WF2825-00001 to WF2825-00002 | | |
| **35** | **Composite: Wells Fargo Records - Marco Laureti - Account ending 6855** | **WF8655-00001 to WF8655-00018** | | |
| 35A | June - July 2007 Account Statement | WF8655-00001 to WF8655-00003 | | |
| **36** | **Composite: Bank of America Records - Eneida Ramirez or Pedro J Melian, Pedro Melian - Account ending 5600** | **BOA5600-00001 to BOA5600-00074** | | |
| 36A | March - April 2007 Account Statement | BOA5600-00020 to BOA5600-00022 | | |
| 36B | April - May 2007 Account Statement | BOA5600-00023 to BOA5600-00025 | | |
| 36C | May - June 2007 Account Statement | BOA5600-00026 to BOA5600-00028 | | |
| 36D | June - July 2007 Account Statement | BOA5600-00029 to BOA5600-00035 | | |
| **37** | **Composite: Bank of America Records - Eneida Ramirez or Pedro J Melian, Pedro Melian - Account ending 5985** | **BOA5985-00002 to BOA5985-00394** | | |
| 37A | March - April 2007 Account Statement | BOA5985-00041 to BOA5985-00046 | | |
| 37B | April - May 2007 Account Statement | BOA5985-00047 to BOA5985-00051 | | |
| 37C | May - June 2007 Account Statement | BOA5985-00052 to BOA5985-00057 | | |

Case 0:16-cr-60340-BB Document 66 Entered on FLSD Docket 10/18/2017 Page 13 of 17

**GOVERNMENT EXHIBIT LIST: <u>UNITED STATES OF AMERICA v. MARCO LAURETI</u> 16-60340-CR-BLOOM(s) (COHN)**
**AUSA RANDALL D. KATZ and AUSA KAREN STEWART**

| Exh. # | DESCRIPTION OF EXHIBIT | BATE STAMP NUMBER RANGE | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| **38** | **Composite: Citibank Records - Pedro Melian - Account ending 4444** | **CITI4444-00001 to CITI4444-00023** | | |
| 38A | Compliance DataBase - Account Details | CITI4444-00001 | | |
| 38B | June - July 2007 Account Statement | CITI4444-00002 to CITI4444-00004 | | |
| 38C | July - August 2007 Account Statement | CITI4444-00005 to CITI4444-00007 | | |
| **39** | **Composite: Washington Mutual Bank Records - Pedro Melian dba Melian's Investment Group - Account ending 7633** | **JPMC7633-00001 to JPMC7633-00052** | | |
| 39A | Signature Card | JPMC7633-00001 | | |
| 39B | July 2007 Account Statement and Supporting Documentation | JPMC7633-00010 to JPMC7633-00023 | | |
| 39C | July 5, 2007 Funds Transfer | JPMC7633-00048 to JPMC7633-00049 | | |
| 39D | July 25, 2007 Funds Transfer | JPMC7633-00050 to JPMC7633-00051 | | |
| 39E | August 2007 Account Statement and Supporting Documentation | JPMC7633-00024 to JPMC7633-00037 | | |
| **40** | **Composite: Washington Mutual Bank Records - South Florida First Investment Group Inc - Account ending 7136** | **JPMC7136-00001 to JPMC7136-00092** | | |
| 40A | Signature Card | JPMC7136-00001 | | |
| 40B | August 2007 Account Statement and Supporting Documentation | JPMC7136-00003 to JPMC7136-00019 | | |
| 40C | Deposited Check for $46,021.50 | JPMC7136-00056 | | |
| 40D | Deposited Check for $15,000.00 | JPMC7136-00058 | | |
| 40E | Account Check #1042 for $23,000.00 | JPMC7136-00073 | | |
| **41** | **Bank of America Records - MSJ Courier Services - Account ending 0856** | **BOA0856-00001 to BOA0856-00065** | | |
| **42** | **Bank of America Records - Michelle Cabrera, Sergio Cabrera, et al - Accounts ending 4909, 6819, 1936** | **BOA4909-00001 to BOA4909-00048** | | |

Case 0:16-cr-60340-BB   Document 66   Entered on FLSD Docket 10/18/2017   Page 14 of 17

GOVERNMENT EXHIBIT LIST: **UNITED STATES OF AMERICA v. MARCO LAURETI** 16-60340-CR-BLOOM(s) (COHN)
**AUSA RANDALL D. KATZ and AUSA KAREN STEWART**

| Exh. # | DESCRIPTION OF EXHIBIT | BATE STAMP NUMBER RANGE | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| **43** | **Internal Revenue Service - Income Tax Filings for Felix Mostelac and Associated Businesses - 2006 and 2007** | **IRSFM-00049 to IRSFM-00087** | | |
| **44** | **Continental Freight Forwarding - Employment Records** | **CFF-00002 to CFF-00019** | | |
| **45** | **Hector Corzo Records** | **COR20-00001 to COR20-00010** | | |
| **46** | **Composite: Barinas and Associates Tax Records for Marco Laureti and Related Companies** | **BARIN-00001 to BARIN-00431** | | |
| 46A | 2005 1099 Summary for Laureti Publishing, Inc. | BARIN-00015 | | |
| 46B | 2006 1099 Summary for Laureti Publishing, Inc. | BARIN-00029 | | |
| 46C | 2007 1099 Summary for Laureti Publishing, Inc. | BARIN-00046 | | |
| 46D | 1099-MISC for MSJ Services, Inc. | BARIN-00103 | | |
| 46E | 2007 1065 Partnership Return for Northview Equities LLC | BARIN-00306 to BARIN-00314 | | |
| **47** | **Internal Revenue Service - Income Tax Filings for Marco Laureti and Associated Businesses - 2006 and 2007** | **IRS-00300 to IRS-00504** | | |
| **48** | **Composite: Florida Department of Business and Professional Regulations - Licensing Records for Marco Laureti** | **DBPR-00001 to DBPR-01229   (DBPR-01227 was removed)** | | |
| 48A | Licensing Records for Marco Laureti | DBPR-00001 to DBPR-00035 | | |
| 48B | Course Syllabus | DBPR-00158 to DBPR-00399 | | |
| 48C | Florida Real Estate Commission Handbook - 1989 Edition | DBPR-00400 to DBPR-01047 | | |
| 48D | Business Certification Request | DBPR-01228 to DBPR-01229 | | |
| **49** | **Florida Office of Financial Regulation - Licensing Records for Marco Laureti** | **OFR-00001 to OFR-00086** | | |
| **50** | **Broward County Records Division** | **BROW-00001** | | |
| **51** | **Sabor Havana Cigars - Employment Records** | **SABO-00001 to SABO-00006** | | |
| **52** | **Composite: State of Florida Department of State - Sunbiz Business Registration Records** | **SUNB-00001 to SUNB-00187** | | |
| 52A | Retrade Inc. | SUNB-00001 to SUNB-00005 | | |
| 52B | Laureti Publishing, Inc. | SUNB-00006 to SUNB-00021 | | |
| 52C | Laureti Holdings Company | SUNB-00025 to SUNB-00045 | | |

**GOVERNMENT EXHIBIT LIST: UNITED STATES OF AMERICA v. MARCO LAURETI 16-60340-CR-BLOOM(s) (COHN)**
**AUSA RANDALL D. KATZ and AUSA KAREN STEWART**

| Exh. # | DESCRIPTION OF EXHIBIT | BATE STAMP NUMBER RANGE | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 52D | Northview Capital, LLC | SUNB-00046 to SUNB-00052 | | |
| 52E | Northview Real Estate, LLC | SUNB-00053 to SUNB-00059 | | |
| 52F | Northview Equities, LLC | SUNB-00060 to SUNB-00066 | | |
| 52G | United Note Funding, LLC | SUNB-00068 to SUNB-00073 | | |
| 52H | NORTHVIEWFX, LLC | SUNB-00077 to SUNB-00079 | | |
| 52I | Greenview Advisory, LLC | SUNB-00080 to SUNB-00084 | | |
| 52J | Florida Elite Title & Escrow LLC | SUNB-00085 to SUNB-00114 | | |
| 52K | Mostelac Enterprises, Inc. | SUNB-00115 to SUNB-00125 | | |
| 52L | American Holding Group, LLC | SUNB-00126 to SUNB-00138 | | |
| 52M | Emerald Village, LLC | SUNB-00139 to SUNB-00149 | | |
| 52N | Southeast Corner, LLC | SUNB-00150 to SUNB-00169 | | |
| 52O | Southeast Invest, LLC | SUNB-00170 to SUNB-00174 | | |
| 52P | Northwest Invest, LLC | SUNB-00175 to SUNB-00178 | | |
| 52Q | Mellon Management Inc | SUNB-00179 to SUNB-00183 | | |
| 52R | M4 Management LLC | SUNB-00184 to SUNB-00187 | | |
| **53** | **Composite: Department of Highway Safety and Motor Vehicles Records - Driver's License Account Records** | **DHSMV-00003 to DHSMV-00136** | | |
| 53A | DAVID for Marco Laureti | DHSMV-00003 | | |
| 53B | DAVID for Felix Mostelac | DHSMV-00035 | | |
| 53C | DAVID for Michelle Cabrera | DHSMV-00013 to DHSMV-00030 | | |
| 53D | DAVID for Pedro Melian | DHSMV-00047 to DHSMV-00058 | | |
| 53E | DAVID for Jorge de la Cruz | DHSMV-00107 to DHSMV-00136 | | |
| 53F | DAVID for Hector Corzo | DHSMV-00077 to DHSMV-00106 | | |
| 53G | DAVID for Eneida Ramirez | DHSMV-00059 to DHSMV-00076 | | |
| **54** | **Florida Department of Revenue** | **FDOR-00002 and FDOR-00005** | | |
| **55** | **FDIC Certification: Washington Mutual** | **FDIC-00001 to FDIC-00046** | | |
| **55A** | **FDIC Insurance Certification** | **FDIC-00001 to FDIC-00002** | | |
| **55B** | **Purchase and Assumption Agreement- FDIC, WAMU and Chase** | **FDIC-00003 to FDIC-00046** | | |

**GOVERNMENT EXHIBIT LIST: UNITED STATES OF AMERICA v. MARCO LAURETI 16-60340-CR-BLOOM(s) (COHN)**
**AUSA RANDALL D. KATZ and AUSA KAREN STEWART**

| Exh. # | DESCRIPTION OF EXHIBIT | BATE STAMP NUMBER RANGE | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 56 | **Plea Agreement, Factual Proffer and Kastigar Letters in Case 16-CR-60354-WPD for defendants Michelle Cabrera and Pedro Melian** | **USAO-00004 to USAO-00009** | | |
| 56A | Michelle Cabrera Plea Agreement | COURT FILED | | |
| 56B | Michelle Cabrera Factual Proffer | COURT FILED | | |
| 56C | Michelle Cabrera Kastigar Letter | USAO-00007 to USAO-00009 | | |
| 56D | Pedro Melian Plea Agreement | COURT FILED | | |
| 56E | Pedro Melian Factual Proffer | COURT FILED | | |
| 56F | Pedro Melian Kastigar Letter | USAO-00004 to USAO-00006 | | |
| 57 | **Kastigar Letter - Galen Frizzie** | **USAO-00013 to USAO-00016** | | |
| 58 | **Composite: Loan File for the Refinance of 2190 NW 7th Street, Miami, Florida** | **BANKU-00001 to BANKU-06441** | | |
| 58A | 2009 Pipeline for Marco Laureti Companies | BANKU-00001 to BANKU-00007 | | |
| 58B | Loan Application | BANKU-00015 to BANKU-00018 | | |
| 58C | SBA Form 4 - Application for Business Loan | BANKU-00038 to BANKU-00043 | | |
| 58D | Personal Financial Statement of Marco Laureti | BANKU-00794 to BANKU-00795 | | |
| 58E | Addendum to Lease | BANKU-00796 | | |
| 58F | Residential Lease | BANKU-00797 to BANKU-00806 | | |
| 58G | Marco Laureti Personal Financial Exhibits | BANKU-00827 to BANKU-00834 | | |
| 58H | Marco Laureti Resume | BANKU-00842 to BANKU-00843 | | |
| 58I | Borrower's Certification | BANKU-01034 to BANKU-01036 | | |
| 58J | Closing Certification Post Closing Compliance and Document Correction Agreement and Limited Power of Attorney | BANKU-01041 to BANKU-01044 | | |
| 58K | SBA Form 1050 Settlement Sheet | BANKU-01233 to BANKU-01234 | | |
| 58L | Security Agreement - Commercial | BANKU-01235 to BANKU-01245 | | |
| 58M | Write-Up and Credit Authorization - 3/20/2009 | BANKU-01336 to BANKU-01351 | | |
| 58N | Promissory Note | BANKU-01429 to BANKU-01434 | | |
| 58O | 2008 Tax Returns | BANKU-05778 to BANKU-05851 | | |

**GOVERNMENT EXHIBIT LIST: UNITED STATES OF AMERICA v. MARCO LAURETI 16-60340-CR-BLOOM(s) (COHN)**
**AUSA RANDALL D. KATZ and AUSA KAREN STEWART**

| Exh. # | DESCRIPTION OF EXHIBIT | BATE STAMP NUMBER RANGE | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|---|
| 58P | 2009 Tax Returns | BANKU-02995 to BANKU-03022; BANKU-03049 to BANKU-03063; BANKU-03086 to BANKU-03099; BANKU-03102 to BANKU-03123 | | |
| 59 | **Miami-Dade Clerk of the Courts** | **MDC-00001 to MDC-00024** | | |
| 60 | **Composite: Loan File for the Purchase of 112 Homeport Drive, Palm Harbor, Florida** | **JPMCPC-00002 to JPMCPC-00706** | | |
| 60A | HUD-1 Settlement Statement | JPMCPC-00284 to JPMCPC-00285 | | |
| 60B | Loan Approval Summary | JPMCPC-00363 to JPMCPC-00364 | | |
| 60C | E-mail re: "Alain Sanz / AKA Letter" | JPMCPC-00424 | | |
| 60D | "As is" Contract for Sale and Purchase | JPMCPC-00480 to JPMCPC-00483 | | |
| 61 | **Transactional Financial Flowcharts (Summary Charts)** | **FBIFOA-00001 to FBIFOA-0000X (Bate Range to be selected later)** | | |
| 62 | **Trial Stipulations** | **Filed Already with Court** | | |
| 63 | **Documents Stipulations** | **Parties Drafting This Stipulation** | | |