UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-60340-BLOOM (COHN)

UNITED STATES OF AMERICA,

v.

MARCO LAURETI,

        Defendant.
_____/

## CERTIFICATE OF COMPLIANCE RE: ADMITTED EVIDENCE

**COMES NOW** the United States of America, by and through its undersigned Assistant United States Attorney, and hereby certifies the following:

Documentary exhibits and photographs of non-documentary physical exhibits offered by the United States and admitted into evidence have been electronically filed in CM/ECF with the exception of the following: Composite Exhibits 1-6, 7A, 11A, 8-10, 13-15, 24, 37, 47-48, 50, 53, 58, 59, 60 and sub-exhibits 46F, 48B, 48C. All listed exhibits are over the size requirement and are too large to be filed electronically. Gx59 and 63 are not filed as well; the Government does not have an additional copy of Gx59 and Gx63. The U.S. Attorney's Office will take custody of these larger exhibits and will upload Gx59 & 63 when it comes into possession.

        Respectfully submitted,

        BENJAMIN G. GREENBERG
        ACTING UNITED STATES ATTORNEY

By:   *s/ Randall D. Katz*
      RANDALL D. KATZ
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No. 112036
      500 East Broward Blvd., 7th Floor
      Ft. Lauderdale, FL 33394
      Tel: (954) 660-5720/Fax: (954) 356-7336
      Email: Randy.Katz@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on  November 20, 2017 , I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Randall D. Katz*
RANDALL D. KATZ
ASSISTANT UNITED STATES ATTORNEY