06-07-2007  04:56pm  From-  T-501  P.018/018  F-133

# SIGNATURE / NAME AFFIDAVIT

**DATE:**

**LOAN #:**

PNOTE OTHER

**BORROWER:**

THIS IS TO CERTIFY THAT MY LEGAL SIGNATURE IS AS WRITTEN AND TYPED BELOW. (THIS MUST **EXACTLY** MATCH SIGNATURES ON THE NOTE AND MORTGAGE OR DEED OF TRUST.)

_Felix Mostelac_
(PRINT OR TYPE NAME)            SIGNATURE

(PRINT OR TYPE NAME)            SIGNATURE

(PRINT OR TYPE NAME)            SIGNATURE

(PRINT OR TYPE NAME)            SIGNATURE

(IF APPLICABLE, COMPLETE THE FOLLOWING.)

I AM ALSO KNOWN AS:

(PRINT OR TYPE NAME)            SIGNATURE

(PRINT OR TYPE NAME)            SIGNATURE

(PRINT OR TYPE NAME)            SIGNATURE

(PRINT OR TYPE NAME)            SIGNATURE

AND THAT _Felix Mostelac_ AND THE SAME PERSON.            ARE ONE

STATE/COMMONWEALTH OF _FL_

COUNTY/PARISH OF _Miami-Dade_

SUBSCRIBED AND SWORN (AFFIRMED) BEFORE ME THIS _8th_ DAY OF _June, 2007_

NOTARY PUBLIC

MICHELLE CABRERA
MY COMMISSION # DD 451242
EXPIRES: November 12, 2009
Bonded Thru Notary Public Underwriters

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 6-60340-CR-BB
EXHIBIT NO. 1C

JMPC4368-00393