A005                                                              3011904368-039

NOTICE: Read this document carefully before you sign it under oath. (False swearing may constitute perjury under applicable laws, and misrepresentations in this document may constitute fraud.)

## OCCUPANCY, MISREPRESENTATION AND NONDISCLOSURE AFFIDAVIT AND AGREEMENT

BEFORE ME, the undersigned authority, a Notary Public in and for said (County and) State, on this day personally appeared Affiant(s): FELIX MOSTELAC

who after being duly sworn agree and say on oath, with respect to the loan to them from the Lender of approximately the same date as this document (the "Loan"):

THAT if the Loan is made by the Lender, the Lender shall make such Loan in reliance upon my representations, warranties and agreements stated herein and that I make such representations and warranties in order to induce the Lender to make the Loan;

THAT I (whether one or more) am the owner of and am in possession of (or are being tendered possession of) the following described property (the "Property"):
   1800 SUNSET HARBOUR DR # TS-3
   MIAMI BEACH, FL  33139

THAT upon taking title to the Property, my occupancy status will be as follows:

   [x] if I represented in my application to the Lender (or to its predecessor, if my application was transferred to the Lender) that I intend to occupy the Property as my principal residence and my application has been processed as a loan for owner-occupied property, I shall occupy the Property as my principal residence, with occupancy to begin within sixty (60) days after loan funding.

   [ ] if I represented in my application to the Lender (or to its predecessor, if my application was transferred to the Lender) that I intend to occupy the Property as my second home and my application has been processed as a loan for a secondary residence, I shall not rent the Property and shall occupy the Property.

   [ ] if I represented in my application to the Lender (or to its predecessor, if my application was transferred to the Lender) that I will not occupy the Property as my principal residence and my application has been processed as a loan for investment property, I shall rent the Property and shall not occupy the Property.

THAT if the current transaction is for the purchase of the Property and not a refinance of existing indebtedness, I represent:

   (a) that the Real Estate Purchase Contract and Receipt for Deposit, Earnest Money Contract, Purchase and Sale Agreement, Escrow Instructions or other contract for the purchase of the Property (the "Contract") presented to the Lender (or its predecessor) as a part of the application process is the complete agreement between the seller and the buyer and that no other version of the Contract or modification of the Contract exists which has not been presented to the Lender (or its predecessor);

   (b) that the true and correct sales price of the Property is $ 6,500,000.00 and we have paid in cash the down payment specified in the Contract;

   (c) that the seller or its agent has neither paid nor orally, by implication, or in writing promised to pay, arranged for or agreed to arrange for any gift, payment, allowance, rebate, kickback, subsidy, assumption of indebtedness or other liability, or any other thing of value in connection with the purchase of the Property or with respect to the sale or other disposition of our existing residence, except as may be specified in the Contract presented to the Lender (or its predecessor); and

Page 1 of 4  FM Initial

VERSION 5.0 (09/10/98)                                                   LAG02USA

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 16-60340-CR-BB
EXHIBIT NO. 1D

JMPC4368-00348

(d) if the Property represents new construction (i) the house and the improvements have been completed, (ii) I am fully satisfied with the construction and condition of the same, (iii) I do hereby accept the house and the improvements as being constructed according to the terms of the Contract, and (iv) I do accept the size of the lot on which such improvements are situated according to the records thereof. (The foregoing representations shall benefit solely the Lender and those claiming under or through it.)

THAT if the loan is a REFINANCE loan:

No additions, alterations or improvements are now being made to this property. I have always obtained all necessary permits and certificates of occupancy. All charges for municipal improvements such as sewers, sidewalks, curbs or similar improvements benefiting this Property have been paid in full. I am not aware that anyone has filed or intends to file a mechanic's lien or building contract relating to this Property. No one has notified me that money is due and owing for construction, alteration or repair work on this Property.

I have not allowed any interest (legal rights) to be created which affect my ownership or use of this Property. No other persons have legal rights in this Property, except the rights of utility companies to use this Property along the road or for the purpose of serving this Property.

THAT if the loan is an FHA loan:

(a) the utilities have been connected to the Property at no additional cost to me;

(b) I have not paid more than one percent (1.0%) origination fee to obtain this loan; and

(c) I am aware of, and have read and understood, the following statement of federal law:

Section 1010 of Title 18, U.S.C., "Federal Housing Administration Transactions" provides: "Whoever, for the purpose . . . influencing in any way the action of such Administration . . . makes, passes, utters or publishes any statement, knowing the same to be false . . . shall be fined not more than $5,000.00 or imprisoned not more than two years or both."

THAT if the loan is a VA loan:

(a) the utilities have been connected to the Property at no additional cost to me;

(b) I have not paid more than one percent (1.0%) origination fee to obtain this loan;

(c) I have paid no commission of any character in connection with the purchase of the Property; and

(d) I will occupy as my homestead and am aware of the following VA policy:

TO THE VETERAN: In connection with the Certificate of Eligibility which has been issued in your name, your attention is directed to the following: "While you may use your benefits for the purchase or construction of a dwelling, you must intend to occupy the dwelling as your home. You may not use your entitlement for the sole purpose of obtaining a GI loan to purchase a home if you arrange in advance of the closing of the loan to sell or convey the home to a third party . . . . You will be required, when obtaining a loan to buy or construct a dwelling, to certify on the loan report or loan application that you intend to occupy the dwelling as your home. A false statement on a loan application or loan report can make a veteran subject to penalties provided by law. In addition, a false certification may result in the forfeiture of all other veterans benefits to which you may be entitled, such as vocational training, subsistence allowance, and disability compensation."

THAT except as represented by me in writing and approved by the Lender, no liens upon the Property, other than the first and/or second lien I am granting to the Lender, have been contracted for or agreed to be given.

THAT except as provided in writing in either the Note, the Security Instrument, an addendum or rider to either, or by applicable Federal law, including FHA and VA regulations, I acknowledge the loan I am receiving from the Lender may not be assumed by anyone. (Such a non-assumable loan, however, may become assumable at the sole option of the Note Holder under whatever terms it deems to be in its best interest.)

THAT the employment, credit and other information contained in our loan application was accurate and correct; and as of this date, when compared with the information in our loan application:

    (a) I am working for the same employer(s) at the same job(s);

    (b) there has been no material change in my credit obligations;

    (c) there has been no decrease in my income;

    (d) I have received no notice of nor have any knowledge of a pending layoff or other termination of my employment.

THAT I have not discussed with any agent or employee of the Lender (or its predecessor) any matter which would tend to make the representation of (a), (b) or (c) or (d) above, or of any other provision of this document untrue.

THAT all representations and warranties made to Lender by any third party in connection with the Loan, are to the best of my knowledge true and correct as of the date hereof and shall be, to the best of my knowledge, true and correct as of the date the loan is made.

THAT, all of the representations and warranties made by me herein are true and correct as of the date hereof and shall be true and correct as the date the Loan is made.

THAT, if as the result of a clerical error, omission or other mistake, corrections need to be made to my loan documentation or any additional documents that may be required to enable Lender to sell to a government agency or other Investor, upon the request of Lender or the Closing Agent, I shall, as applicable: i) authorize Lender or Closing Agent to make such correction(s) and indicate on the modified document that a correction was made; ii) initial any correction(s) made to any loan documentation; and iii) re-execute corrected loan documentation. I agree to comply with such request within fifteen (15) days of receipt. I understand and agree that any failure to comply with my obligations described above shall constitute an event of default under any loan documentation and shall entitle Lender, or any successor to Lender, to pursue any remedies available to it for such default.

THAT I am not aware of any present or intended future use or condition of the Property which is in violation of any law or regulation regarding toxic or hazardous substances or that may require cleanup or disposal of any such substances located or to be located on the Property.

THAT I have not and shall not use funds derived, in whole or in part, directly, from any criminal activity, including, without limitation, the sale of controlled substances, to pay any part of the purchase price for the Property and that no subsequent payments by me with respect to the Loan will be made with such funds.

THAT in connection with Lender's review of the application, Lender may obtain reports of appraisals and other investigations made at Lender's request regarding the Property, and/or the value of the Property. I shall not rely upon such reports for any reason, and I do hereby waive, release, relinquish and discharge any and all claims against Lender, its employees and/or agents now existing or as may hereafter arise based upon any alleged errors or omissions in such reports or any alleged negligence or other misconduct with respect to any such investigation or the preparation of any such report.

THAT I represent there are no unpaid or unsatisfied judgements, liens, or encumbrances, and no pending lawsuits, judgements, federal tax liens, parking violation judgements, state tax warrants/liens, environmental liens, or any other lien or encumbrances against me or affecting the premises except the mortgage permitted by the first mortgage Lender.

No Bankruptcy or insolvency proceedings have been started by or against me. No one has any security interest in any personal property or fixtures on this Property. All liens (legal claims, such as judgements) listed on the lien search or Title Policy are not against me, but against others with similar names. I have been known by no other name for at least 10 years, except:

    and there are no judgements or liens against me using said other name(s).

I agree not to permit any judgement, lien or encumbrances to be placed against the Property prior to the recording of the Mortgage given to Lender.

I make this Affidavit to induce Lender to grant this Security Instrument to me. I am aware that Lender and any subsequent holders of the Note/Agreement and Mortgage, will rely upon the truthfulness and the statements made in this Affidavit.

THAT I and/or my agent have made certain representations and disclosures in order to induce Lender to make the Loan, and that my execution of this document, including my agreements and representations in it, is a material inducement to the Lender to make the Loan and that all the agreements and representations made and sworn to in this document shall survive closing and continue until the Loan is paid in full. If I have made any material misrepresentations or failed to disclose any material fact either in this document, or in my loan application, or supplied to Lender in any other form, or should I breach any agreement I have made in this document, I acknowledge that, at the option of the Lender:

(a) to the extent not prohibited by applicable federal regulations, such misrepresentation or breach shall constitute an event of default under the terms of the Note and the Security Instrument and under any loan made by Lender in reliance upon the information contained in my loan application and/or reliance upon my representations in this document;

(b) in case of such default, the Lender, at its option (except as provided in the Security Instrument) and without prior notice or demand; shall have the right to accelerate and declare immediately due and payable the indebtedness evidenced by the Note and secured by the Security Instrument, irrespective of the maturity date specified in the Note;

I shall be liable to Lender for all costs, expenses, and damages arising out of or resulting from any such misrepresentations or failures to disclose, including all litigation costs and attorneys' fee incurred by Lender in connection with any lawsuit or other proceeding by Lender to recover costs, expenses, or damages.

BY SIGNING BELOW, I accept and agree to the terms and provisions contained in this Affidavit and Agreement. In the event this document is executed by an Attorney-in-Fact in my behalf, the recitations herein shall be contractual and binding upon the absent principal without regard to any assertion of the lack of authority of such agent to give an affidavit on behalf of the principal.

_____
Borrower  FELIX MOSTELAC

_____
Borrower

_____
Borrower

_____
Borrower

STATE OF  FL  ) 
COUNTY OF  Miami-Dade  ) SS.
                            )

SUBSCRIBED AND SWORN TO BEFORE ME, the  8th  day of  JUNE , 2007.

MICHELLE CABRERA
MY COMMISSION # DD 451242
EXPIRES: November 12, 2009
Bonded Thru Notary Public Underwriters

Notary Public in and for said County and State

My Commission Expires: _____