# Washington Mutual — VERBAL VERIFICATION OF EMPLOYMENT

HLC or WLC Name: DOWNERS GROVE
Loan Number: 3011904368
Borrower Name: MOSTELAC, FELIX
Date: 6-7-07

## FULL DOC or LOW DOC SALARIED: INFORMATION VERIFIED

Name of Employer:
Employer Address:
Employer Phone Number:
Is Employer Listed? ☐ Yes ☐ No   If yes, where: ☐ Phone Book ☐ Directory Assistance ☐ Web-site
Applicant Currently Employed: ☐ Yes ☐ No
Source of Information if none of the above:

Name and Title of Person Verifying Information:

## FULL DOC or LOW DOC SELF EMPLOYED: INFORMATION VERIFIED

Name of Business: TESOROS DEL MAR INTERN'L, SA
Business Address: LA MORALEJA  MADRID, SP
Business Phone Number: — CPA LETTER
Is Business Listed? ☐ Yes ☒ No   If yes, where: ☐ Phone Book ☐ Directory Assistance ☐ Web-site
Source of Information if none of the above:

Name and Title of Person Verifying Information (if applicable): JUAN RONDA / CPA

Under no circumstances is it acceptable to accept a verbal verification from the borrower.
If a verbal verification cannot be obtained, refer to the Conventional Underwriting Guidelines.
Additional Comments and Explanations: Please note that conversations regarding employment/income verification must be fully documented on this form.

Date/Signature of LFC Employee performing Verbal VOE: [signature] 6/7/07
Date/Signature of LFC Employee performing re-verification:

3711 (01-07)



GOVERNMENT EXHIBIT
CASE NO. 16-60340-CR-BB
EXHIBIT NO. 1E

JMPC4368-00274