

**Colonial Bank**

Questions about your account, call
Colonial Connection: 877-502-2265
www.colonialbank.com

Business Advantage Checking

Page 1 of 2

ACCOUNT NUMBER
STATEMENT PERIOD  March 1, 2007 - March 31, 2007

Colonial Bank appreciates
your business. Thank you
for being our customer.

FELIX J MOSTELAC

BRICKELL FL 33131

## Account Summary

| | |
|---|---|
| Previous Balance | $ 890,206.00 |
| Total Credit(s) | + 81,002.81 |
| Total Debit(s) | − 76,800.00 |
| Service Charge | − 0.00 |
| Ending Balance | $ 894,408.81 |

## Account Details

### Deposits and Other Credits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/1 | DEPOSIT | 19,844.11 |
| 3/14 | DEPOSIT | 20,240.10 |
| 3/21 | DEPOSIT | 20,900.00 |
| 3/28 | DEPOSIT | 20,018.11 |

### Checks Paid  ▲ indicates check missing in sequence

| CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT |
|---|---|---|---|---|---|
| | 3/13 | 30,000.00 | 1051 ▲ | 3/21 | 9,900.00 |
| | 3/14 | 1,300.00 | 1058 ▲ | 3/30 | 3,500.00 |
| | 3/15 | 3,000.00 | 1055 ▲ | 3/30 | 30,000.00 |

### Other Debits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 00.00 |

COLONIAL BANK, N.A.
MEMBER FDIC

Colonial Bank – You'll like it here.

**GOVERNMENT EXHIBIT**
AO386-C
CASE NO. 16-60340-CR-BB
EXHIBIT NO. 1F



## COLONIAL BANK N.A.

**Business Advantage Checking**

Page 2 of 2

Questions about your account, call
Colonial Connection: 877-502-2265
www.colonialbank.com

ACCOUNT NUMBER

STATEMENT PERIOD March 1, 2007 - March 31, 2007

### Daily Balance Summary

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 3/1 | 820,050.11 | 3/15 | 805,990.21 | 3/30 | 804,408.32 |
| 3/13 | 795,050.11 | 3/21 | 817,890.21 | | |
| 3/14 | 805,990.21 | 3/28 | 837,908.32 | | |

COLONIAL BANK, N.A.
MEMBER FDIC



**COLONIAL BANK** N.A.

Page 1 of ?

## Business Advantage Checking

Questions about your account, call
Colonial Connection: 877-502-2265
www.colonialbank.com

ACCOUNT NUMBER
STATEMENT PERIOD   February 1, 2007 - February 28, 2007



*Colonial Bank appreciates your business. Thank you for being our customer.*

FELIX J MOSTELAC

BRICKELL FL 33131

### Account Summary

| | | | |
|---|---|---|---|
| Previous Balance | $ 850,751.19 | Average Collected Balance | $ 848,660.31 |
| Total Credit(s) | + 80,004.81 | | |
| Total Debit(s) | – 110,550.00 | | |
| Service Charge | – 0.00 | | |
| Ending Balance | $ 800,206.00 | | |

### Account Details

#### Deposits and Other Credits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/9 | DEPOSIT | 19,915.21 |
| 2/16 | DEPOSIT | 20,018.11 |
| 2/22 | DEPOSIT | 19,827.31 |
| 2/28 | DEPOSIT | 20,244.18 |

#### Checks Paid   ▲ Indicates check missing in sequence

| CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT |
|---|---|---|---|---|---|
| | 2/9 | 100.00 | | 2/20 | 100.00 |
| | 2/9 | 300.00 | | 2/22 | 150.00 |
| | 2/14 | 1,100.00 | 1041 ▲ | 2/28 | 7,000.00 |
| | 2/16 | 1,900.00 | 1044 ▲ | 2/24 | 50,000.00 |
| | 2/20 | 300.00 | 1049 ▲ | 2/28 | 50,000.00 |

#### Other Debits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | | 00.00 |

COLONIAL BANK, N.A.
MEMBER FDIC

Colonial Bank – You'll like it here.

JMPC4368-00291



**COLONIAL BANK, N.A.**

**Business Advantage Checking**

Page 2 of 2

Questions about your account, call
Colonial Connection: 877-502-2265
www.colonialbank.com

ACCOUNT NUMBER

STATEMENT PERIOD   February 1, 2007 - February 28, 2007

### Daily Balance Summary

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 1/31 | 830,751.19 | 2/16 | 867,684.51 | 2/24 | 836,961.82 |
| 2/9 | 850,266.40 | 2/20 | 867,284.51 | 2/28 | 800,208.00 |
| 2/14 | 849,166.40 | 2/22 | 886,961.82 | | |

COLONIAL BANK, N.A.
MEMBER FDIC


**COLONIAL BANK, N.A.**

Questions about your account, call
Colonial Connection: 877-502-2286

www.colonialbank.com

*Page 1 of 2*

## Business Advantage Checking

ACCOUNT NUMBER

STATEMENT PERIOD   January 1, 2007 - January 31, 2007

*Colonial Bank appreciates your business. Thank you for being our customer.*

**FELIX J MOSTELAC**
**BRICKELL FL 33131**

### Account Summary

| | | | |
|---|---:|---|---:|
| Previous Balance | $761,696.86 | Average Collected Balance | $808,555.01 |
| Total Credit(s) | + 80,054.33 | | |
| Total Debit(s) | − 11,000.00 | | |
| Service Charge | − 0.00 | | |
| Ending Balance | $830,751.19 | | |

### Account Details

#### Deposits and Other Credits

| DATE | DESCRIPTION | AMOUNT | |
|---|---|---:|---|
| 1/5 | DEPOSIT | 20,200.11 | 30648298201 |
| 1/12 | DEPOSIT | 20,107.00 | 30648346901 |
| 1/19 | DEPOSIT | 19,814.22 | 30648998209 |
| 1/26 | DEPOSIT | 19,933.00 | 30648999905 |

#### Checks Paid   ▲ indicates check missing in sequence

| CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT | | |
|---|---|---:|---|---|---:|---|---|
| | 1/5 | 100.00 | | 1/19 | 200.00 | 3064940300N | 3064218710N |
| | 1/8 | 100.00 | | 1/23 | 200.00 | 3054834430N | 3072838180N |
| | 1/12 | 100.00 | | 1/30 | 7,000.00 | 3069774810N | 3062658490N |
| | 1/15 | 500.00 | 1001▲ | 1/08 | 100.00 | 3062342260N | 30615197501 |
| | 1/19 | 700.00 | 1004▲ | 1/15 | 2,000.00 | 3071679270N | 30662016801 |

#### Other Debits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| | | 00.00 |

COLONIAL BANK, N.A.
MEMBER FDIC

*Colonial Bank — You'll like it here.*

Mar-14-07  01:13pm  From-First Continental                 305 442 2072           T-872  P.002/006  F-356



**COLONIAL BANK** N.A.

*Page 2 of 2*

## Business Advantage Checking

Questions about your account, call
Colonial Connection: 877-502-2265
www.colonialbank.com

ACCOUNT NUMBER

STATEMENT PERIOD   January 1, 2007 – January 31, 2007

### Daily Balance Summary

| DATE  | BALANCE    | DATE | BALANCE    | DATE | BALANCE    |
|-------|------------|------|------------|------|------------|
| 12/31 | 781,696.06 | 1/12 | 801,603.97 | 1/23 | 817,816.19 |
| 1/5   | 781,796.97 | 1/15 | 799,103.97 | 1/26 | 837,951.19 |
| 1/8   | 781,596.97 | 1/19 | 818,018.19 | 1/30 | 830,751.19 |

COLONIAL BANK, N.A.
MEMBER FDIC

JMPC4368-00294