**Business Advantage Checking**

Page 1 of 1

Questions about your account, call
Colonial Connection 877-502-2265
www.colonialbank.com

ACCOUNT NUMBER: _____
STATEMENT PERIOD: January 1, 2007 – January 31, 2007

Colonial Bank appreciates your business. Thank you for being our customer.

HOSTELAC ENTERPRISES, INC.
BRICKELL FL 33131

### Account Summary

| | |
|---|---|
| Previous Balance | $600,280.00 |
| Total Credits | +70,100.00 |
| Total Debits | −50,180.00 |
| Service Charge | −0.00 |
| Ending Balance | $620,200.00 |

### Account Details

**Deposits and Other Credits**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/31 | DEPOSIT | 50,000.00 |
| 1/31 | DEPOSIT | 20,100.00 |

**Checks Paid** ▲ indicates check missing in sequence

| CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT |
|---|---|---|---|---|---|
| | 1/31 | 10,180.00 | | 1/31 | 50,000.00 |

**Daily Balance Summary**

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12/31 | 600,280.00 | 1/31 | 620,200.00 | | |

COLONIAL BANK, N.A.
MEMBER FDIC

Colonial Bank – You'll see it here.



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 16-60340-CR-BB
EXHIBIT NO. 1G

Page 1 of 2

## Business Advantage Checking

ACCOUNT NUMBER

STATEMENT PERIOD  February 1, 2007 - February 28, 2007

Questions about your account, call
Colonial Connection: 877-502-2265
www.colonialbank.com

Colonial Bank appreciates your business. Thank you for being our customer.

NOSTRILAC ENTERPRISES, INC.
MIAMI FL 33135

### Account Summary

| | |
|---|---|
| Previous Balance | $ 620,200.00 |
| Total Credit(s) | + 32,100.00 |
| Total Debit(s) | - 31,062.00 |
| Service Charge | - 0.00 |
| Ending Balance | $ 620,308.00 |

### Account Details

#### Deposits and Other Credits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/9 | DEPOSIT | 10,000.00 |
| 2/5 | DEPOSIT | 22,100.00 |

#### Checks Paid   ▲ indicates check missing in sequence

| CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT |
|---|---|---|---|---|---|
| | 2/9 | 3,100.00 | | 2/20 | 100.00 |
| | 2/9 | 300.00 | | 2/22 | 150.00 |
| | 2/14 | 1,100.00 | | 2/28 | 900.00 |
| | 2/16 | 1,500.00 | 1001 ▲ | 2/7 | 60.00 |
| | 2/20 | 20,300.00 | 1004 ▲ | 2/13 | 5,000.00 |

#### Other Debits

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 2/9 | CHARGE | 62.00 |

COLONIAL BANK, N.A.
MEMBER FDIC

Colonial Bank — You'll like it here.

JMPC4368-00289

Page 2 of 2

## Business Advantage Checking

Questions about your account, call
Colonial Connection: 877-502-2265
www.colonialbank.com

ACCOUNT NUMBER

STATEMENT PERIOD  February 1, 2007 – February 28, 2007

### Daily Balance Summary

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 1/31 | 620,200.00 | 2/13 | 623,858.00 | 2/20 | 620,658.00 |
| 2/7 | 620,220.00 | 2/14 | 622,558.00 | 2/22 | 620,508.00 |
| 2/9 | 628,658.00 | 2/16 | 621,058.00 | 2/28 | 620,308.00 |

COLONIAL BANK, N.A.
Member FDIC