04/29/2007  06:52  9787695233                                          PAGE  21/27

Mar-14-07   01:13pm   From-First Continental          305 442 2072      T-872  P.005/006  F-350

 Santander Central Hispano

Sucursal: ALCOBENDAS, BEGONIA, 113,
BEGONIA, 113 LOCAL 3 (C.C.LOS CEDROS)
28109
Telfonos:916507210

Date: 5 of March of 2007

Ref: Felix J Mostelac
     Acc. No.
     ███████████████████

To whom it may concern;

This letter is to confirm you that Mr. Felix J. Mostelac is a valuable costumer of this Santander Bank since November of 2000.

We currently manage his Portfolio averaging in 2 Millions in assets.

Sincerely,



Banco Santander Central Hispano



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 16-60340-CR-BB

EXHIBIT NO. 1 H

JMPC4368-00447

04/29/2007  06:52    9787695233                                                    PAGE  22/27

Mar-14-07   01:13pm   From-First Continental              305 442 2072    T-872  P.004/008  F-356

## Bancaja

To whom it may concern;

I   ANTONIO JUAREZ CANGA   as   VICE-DIRECTOR of  LAS ROSAS  Office, No. 0852

Certify that Mr. Felix J. Mostelac who resides in Calle Hiedra 67B Chalet 1, La Moraleja, Madrid,

España, 29108; is a client of this entity since October 25, 2002. Client Number:              and

his checking, savings and CDs are in excellent standing, maintaining a balance of 2.5 Millions.

This Certification was made at Las Rosas de Madrid, this 4 of March of 2007.

San Fernando de Henares-Parque Empresarial
Av. Castilla, 2
Telf.: 902 101 033
Fax: 916 567 408
28830Madrid



MOD 200981 1- CERTIFICACIÓN DATOS CUENTA- Emm. 1- CLIENTE (03/04)

JMPC4368-00448

04/29/2007   06:52   9787695233                                                   PAGE   23/27

Mar-14-07   01:13pm   From-First Continental                305 442 2072        T-872  P.003/000  F-856

 **PDVSA**

**PETROLEOS DE VENEZUELA, SA**
**DIRECCION DE COMERCIO Y SUMINISTROS**

Ref; Mr. Felix J Mostelac
   President – Owner
   Tesoros del Mar International, SA
   Calle Hiedra 67B Chalet 1, 3
   La Moraleja, Madrid, España, 29108.

It is a pleasure to introduce you Mr. Mostelac.

He is truly dedicated and meticulous entrepreneur. That is why his Company is so marketable not only in Europe but abroad.

Tesoros del Mar International, SA has a buying power of $32 Millions in 500,000 barrels of crude oil monthly.

P.D.V.S.A is being doing business with us for the last 2 ½ years.

Any question, please do not hesitate to contact me.

Sincerely,

Asdruval Chavez
Vice-President
Petroleos de Venezuela, SA
Direccion de Comercio y suministro
Avenida Libertador, Edif. Petroleos de Venezuela, S.A.
Torre Oeste, Piso 7, La Campiña,
P.O.Box 61373, Caracas, 1060-A Venezuela.
(58-212)708.3812

PETROLEOS DE VENEZUELA, SA – DIRECCION DE COMERCIO Y SUMINISTROS – AVENIDA LIBERTADOR, EDIF. PETROLEOS DE VENEZUELA
TORRE OESTE, PISO 7, LA CAMPIÑA – P.O.BOX 61373, CARACAS, 1060-A VENEZUELA

JMPC4368-00449



**N. Q.**
**NEW QUIMICA, S.L.**

DOMICILIO SOCIAL:          ALMACEN Y OFICINAS:
PORVENIR, 9 - 2º E          C/ ENCINAR, 367
28028 MADRID               P. I. MONTE BOYAL
TELF: 91 817 00 15         CASARRUBIOS DEL MONTE
FAX: 91 817 05 52          45950 TOLEDO

  

3/27/2007

To Whom It May Concern:

By the means of this letter we at NEW QUIMICA, S.L. Want to inform that our company has had an excellent commercial relationship with Tesoros Del Mar Internacional S.A. and its president Mr. Felix Montelac Trujillo for more that four years.

Truly Yours;

Alvert Guzman .
Gerente General (General Manager.)

JMPC4368-00451



# SANTOIL, S.L.

Ctra. Abanilla, Km. 1'9
30140 SANTOMERA (Murcia)
Telf: 637 39 06 31

3/27/2007

To Whom It May Concern:

This letter is to inform that Tesoros Del Mar Internacianal S.A. has been doing business with our company for more than four years, and our professional and commercial relationship has been excellent, same with the company's president Mr. Felix Mostelac Trujillo.

Truly yours

Neyda Diaz
General Manager

Sociedad Anonima en el Registro Mercantil de Murcia Tomo MU 1426, Libro 0, Folio 191, Sección 8, Hoja MU-26729. Inscripción 1, C.I.R. B-50581003

JMPC4368-00452


**Santander Central Hispano**

Sucursal: ALCOBENDAS, BEGONIA, 113,
BEGONIA, 113 LOCAL 3 (C.C. LOS CEDROS)
28109
Telfonos:916507210

Date: 02 of May of 2007

Ref: Felix J Mostelac
       Acc. No



To whom it may concern;

This letter is to confirm you that Mr. Felix J. Mostelac is a valuable
costumer of this Santander Bank since November of 2000.

We currently manage his Portfolio averaging 2 Million euros.

Sincerely,



Banco Santander Central Hispano

JMPC4368-00453

# Bancaja

To whom it may concern;

I   ANTONIO JUAREZ CANGA   as   VICE-DIRECTOR of LAS ROSAS  Office, No. 0852

Certify that Mr. Felix J. Mostelac who resides in Calle Hiedra 67B Chalet 1, La Moraleja, Madrid,

España, 29108; is a client of this entity since October 25, 2002. Client Number: (                    and

his checking, savings and CDs are in excellent standing, maintaining a balance of 2.5 Million Euros.

This Certification was made at Las Rosas de Madrid, this 02 May of 2007.

San Fernando de Henares-Parque Empresarial
Av. Castilla, 2
Telf.: 902 101 033
Fax: 916 567 408
28830 Madrid



MOD. 2009619- CERTIFICACIÓN DATOS CUENTA- Ejem. 1- CLIENTE (03/04)

JMPC4368-00454

Mar-27-07   11:03pm   From-First Continental                    305 442 2072        T-972  P.004/006  F-356

## Bancaja

To whom it may concern;

I   ANTONIO JUAREZ CANGA   as   VICE-DIRECTOR of LAS ROSAS  Office, No. 0852

Certify that Mr. Felix J. Mostelac who resides in Calle Hiedra 67B Chalet 1, La Moraleja, Madrid,

España, 29106; is a client of this entity since October 25, 2002. Client Number:                    and

his checking, savings and CDs are in excellent standing, maintaining a balance of 2.5 Million Euros.

This Certification was made at Las Rosas de Madrid, this 24 of March of 2007.

San Fernando de Henares-Parque Empresarial
Av. Castilla, 2
Telf.: 902 101 033
Fax: 916 667 408
28830Madrid



MOD 2009611- CERTIFICACIÓN DATOS CUENTA- Ejort. 1- CLIENTE (03/04)

JMPC4368-00455

Mar-27-07   11:03pm   From-First Continental                     305 442 2072         T-872   P.005/006   F-356



**Santander Central Hispano**

Sucursal: ALCOBENDAS, BEGONIA, 113,
BEGONIA, 113 LOCAL 3 (C.C.LOS CEDROS)
28109
Telfonos:916507210

Date: 27 of March of 2007

Ref: Felix J Mostelac
     Acc. No.



To whom it may concern;

This letter is to confirm you that Mr. Felix J. Mostelac is a valuable
costumer of this Santander Bank since November of 2000.

We currently manage his Portfolio averaging 2 Million euros.

Sincerely,



Banco Santander Central Hispano