04/29/2007  06:52   978765  3    306 442 2072        T-171  P.002/004  F-003        PAGE  27/27





**JUAN RONDA S.A.**
ASESORES DE EMPRESAS
FUNDADA EN 1981

March 27, 2007

I Juan Ronda hereby certify that I have been preparing Felix Mostelac Trujillo's Income Tax return for the past seven years as Self-Employed, being the president of Tesoros Del Mar Internacional S.A. which is sells and distributes oil/petroleum and its derivatives.

Truly Yours:

*Juan Ronda*
Juan Ronda
CPA

28016 MADRID - C/ Costa Rica, 11 - Bajo - V 3        04001 ALMERIA - Plaza San Pedro, 5 - 6°



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 16-60340-CR-BB
EXHIBIT NO. 1I

JMPC4368-00467