## A. Settlement Statement

**U.S. Department of Housing and Urban Development**

OMB Approval No. 2502-0265 (expires 11/30/2009)

### B. Type of Loan

| | | |
|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☒ Conv. Unins.  4. ☐ VA  5. ☐ Conv. Ins. | 6. File Number: 07-2185 | 7. Loan Number: 3011904368-039 |
| 8. Mortgage Insurance Case Number | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| FELIX MOSTELAC<br>1200 BRICKELL BAY DR., #2202<br>MIAMI, FLORIDA 33131 | APPIAN WAY, LLC<br>903 PARK AVENUE #8B<br>NEW YORK, NEW YORK 10071 | WASHINGTON MUTUAL BANK, F.A.<br>3050 HIGHLAND PARKWAY<br>DOWNERS GROVE, IL 60515 |

| G. Property Location | H. Settlement Agent |
|---|---|
| 1800 SUNSET HARBOUR DRIVE # TS-3<br>MIAMI BEACH, FLORIDA 33139 | Florida Elite Title & Escrow, LLC |

| Place of Settlement | I. Settlement Date |
|---|---|
| 4801 South University Drive, Suite 125, Davie, Florida 33328 | 06/08/07 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---:|---|---:|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 6,500,000.00 | 401. Contract sales price | 6,500,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 76,470.24 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes     to | | 406. City/town taxes     to | |
| 107. County taxes     to | | 407. County taxes     to | |
| 108. Assessments     to | | 408. Assessments     to | |
| 109. June Maintenance   06/08 to 06/30 | 4,167.83 | 409. June Maintenance  06/08 to 06/30 | 4,167.83 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 6,580,638.07 | **420. GROSS AMOUNT DUE TO SELLER** | 6,504,167.83 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT TO SELLER** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 4,225,000.00 | 502. Settlement charges to seller (line 1400) | 445,514.29 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan  WACHOVIA BANK, N.A. | 926,457.15 |
| 205. | | 505. Payoff of second mortgage loan  ALLIED MORTGAGE & FINANCIAL CORP. | 375,000.00 |
| 206. | | 506. Certificate of Good Standing | 40.00 |
| 207. | | 507. Estoppel Letter - The Continental Group | 219.95 |
| 208. | | 508. Escrow for Final Water Bill | 200.00 |
| 209. | | 509. Overnight Payoffs (2)/Cash. Ck | 100.00 |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes     to | | 510. City/town taxes     to | |
| 211. County taxes   01/01 to 06/08 | 14,524.45 | 511. County taxes   01/01 to 06/08 | 14,524.45 |
| 212. Assessments     to | | 512. Assessments     to | |
| 213. | | 513. Escrw Hold Back/Home Imprvmnts | 3,150,000.00 |
| 214. | | 514. 2006 R/E Parking Taxes Due | 943.20 |
| 215. | | 515. 2006 R/E Property Taxes Due | 38,677.60 |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY / FOR BORROWER** | 4,239,524.45 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 4,951,676.64 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 6,580,638.07 | 601. Gross amount due to seller (line 420) | 6,504,167.83 |
| 302. Less amounts paid by/for borrower (line 220) | 4,239,524.45 | 602. Less reduction amount due to seller (line 520) | 4,951,676.64 |
| 303. CASH     FROM     BORROWER | 2,341,113.62 | 603. CASH     TO     SELLER | 1,552,491.19 |

07 at 5:35 PM

form HUD-1 (3/86) ref Handbook 4305.2

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 16-60340-CR-BB
EXHIBIT NO. 1J

JMPC4368-00267

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT PAGE 2

**File Number: 07-2185**

| L. SETTLEMENT CHARGES: | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ 6,500,000.00 @ = 345,000.00 | | | | |
| Division of commission (line 700) as follows: | | | | |
| 701. $ 150,000.00 to WORLD RENOUWNED | | | | |
| 702. $ 195,000.00 to BAYBRIDGE REALTY GROUP | | | | |
| 703. Commission paid at Settlement | | | | 345,000.00 |
| 704. | | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | P.O.C. | | |
| 801. Loan Origination Fee | % | | | |
| 802. Loan Discount | 0.125 % WASHINGTON MUTUAL BANK | | 5,281.25 | |
| 803. Appraisal Fee | to Cornerstone Appraisal Group | 5150.00B | POC | |
| 804. Credit Report | to GORDON LENDING CORPORATION | | 9.95 | |
| 805. Lender's Inspection Fee | to | | | |
| 806. Mtg. Ins. Application Fee | to | | | |
| 807. Assumption Fee | to | | | |
| 808. Lender pd.Loan Fee (YSP) | GORDON LENDING CORPORATION | 73937.50L | | |
| 809. Funding and Review Fee | WASHINGTON MUTUAL BANK | | 355.00 | |
| 810. Payment Processing Fee | WASHINGTON MUTUAL BANK | | 200.00 | |
| 811. Tax Service Fee | WASHINGTON MUTUAL BANK | | 81.00 | |
| 812. Wire Transfer Fee | WASHINGTON MUTUAL BANK | | 35.00 | |
| 813. Flood Determination Fee | Landamerica Tax & Flood Service | | 8.00 | |
| 814. Processing Fee | GORDON LENDING CORPORATION | | 851.00 | |
| 815. Broker Origination Fee | GORDON LENDING CORPORATION | | 2,500.00 | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | |
| 901. Interest from 06/07/07 to 06/30/07 @$ 971.98 /day 23 day(s) | | | 22,355.54 | |
| 902. Mortgage Insurance Premium to | | | | |
| 903. Hazard Insurance Premium yrs. to | | | | |
| 904. | | | | |
| 905. | | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | | |
| 1001. Hazard Insurance | mo. @$ / mo. | | | |
| 1002. Mortgage Insurance | mo. @$ / mo. | | | |
| 1003. City property taxes | mo. @$ / mo. | | | |
| 1004. County property taxes | mo. @$ / mo. | | | |
| 1005. Annual Assessments | mo. @$ / mo. | | | |
| 1006. | mo. @$ / mo. | | | |
| 1007. | mo. @$ / mo. | | | |
| 1008. Aggregate Reserve for Hazard/Flood Ins, City/County Prop Taxes, Mortgage Ins & Annual Assessments | | | | |
| 1100. TITLE CHARGES | | | | |
| 1101. Settlement or closing fee | to Florida Elite Title & Escrow, LLC | | 195.00 | |
| 1102. Abstract or title search | to Florida Elite Title & Escrow, LLC | | | 295.00 |
| 1103. Title examination | to Reliance Land Security | | 150.00 | |
| 1104. Title insurance binder | to | | | |
| 1105. Document preparation | to | | | |
| 1106. Notary fees | to | | | |
| 1107. Attorney's fees | to STEVEN H. NATURMAN, P.A. | | | 5,150.00 |
| (includes above item No: 1107 - Cost $150.00 ) | | | | |
| 1108. Title insurance | to Florida Elite Title & Escrow, LLC | | 18,700.00 | |
| (includes above item No: ) | | | | |
| 1109. Lender's coverage 4,858,750.00 (115%) --- 225.00 | | | | |
| 1110. Owner's coverage 6,500,000.00 --- 18,475.00 | | | | |
| 1111. FINAL RECERT. FEE | Florida Elite Title & Escrow, LLC | | 125.00 | |
| 1112. FLORIDA FORM 9 | Florida Elite Title & Escrow, LLC | | 1,870.00 | |
| 1113. ALTA 4, ALTA 6.2, ALTA 8.1 | Florida Elite Title & Escrow, LLC | | 100.00 | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | |
| 1201. Recording fees Deed $ 18.50 ; Mortgage $ 222.50 ; Releases $ 20.00 | | | 241.00 | 20.00 |
| 1202. City/county/stamps Deed $ ; Mortgage $ | | | | |
| 1203. State tax/stamps Deed $ 39,000.00 ; Mortgage $ 14,787.50 | | | 14,787.50 | 39,000.00 |
| 1204. Intangible Tax Deed $ ; Mortgage $ 8,450.00 | | | 8,450.00 | |
| 1205. Corporate Resolution/Cert.of Good Standing | | | | 20.00 |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | |
| 1301. Survey | to | | | |
| 1302. Pest inspection | to | | | |
| 1303. Reimburse Cert.of Ins. Fee | Florida Elite Title & Escrow, LLC | | 50.00 | |
| 1304. Wire Fee | Florida Elite Title & Escrow, LLC | | 30.00 | |
| 1305. Courier Fee | MSJ COURIER SERVICES | | 70.00 | |
| 1306. Storage/Retrieval Fee | Document Storage Solutions | | 25.00 | 25.00 |
| 1307. Condo Association Dues | Sunset Harbour South Condominium Assoc. | | | 56,004.29 |
| 1308. | | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103 and 502, Sections J and K) | | | 76,470.24 | 445,514.29 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

FELIX MOSTELAC                                   APPIAN WAY, LLC

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Date: June 8th, 2007

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

06-12-2007 at 5:35 PM                                   form HUD-1 (3/86) ref Handbook 4305.2

JMPC4368-00268

## L. SETTLEMENT CHARGES:
File Number: 07-2185

| | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $ 6,500,000.00 @ = 204,000.00 | | | |
| | Division of commission (line 700) as follows: | | | |
| 701. | $ 102,000.00 to WORLD RENOUWNED | | | |
| 702. | $ 99,500.00 to BAYBRIDGE REALTY GROUP (102,000.00 Less 2,500.00) | | | |
| 703. | Commission paid at Settlement | | | 201,500.00 |
| 704. | | | | |
| 800. | **ITEMS PAYABLE IN CONNECTION WITH LOAN** | P.O.C. | | |
| 801. | Loan Origination Fee % | | | |
| 802. | Loan Discount 0.125 % WASHINGTON MUTUAL BANK | | 5,281.25 | |
| 803. | Appraisal Fee to Cornerstone Appraisal Group | 5150.00B | POC | |
| 804. | Credit Report to GORDON LENDING CORPORATION | | 9.95 | |
| 805. | Lender's Inspection Fee to | | | |
| 806. | Mtg. Ins. Application Fee to | | | |
| 807. | Assumption Fee to | | | |
| 808. | Lender pd.Loan Fee (YSP) GORDON LENDING CORPORATION | 73937.50L | | |
| 809. | Funding and Review Fee WASHINGTON MUTUAL BANK | | 355.00 | |
| 810. | Payment Processing Fee WASHINGTON MUTUAL BANK | | 200.00 | |
| 811. | Tax Service Fee WASHINGTON MUTUAL BANK | | 81.00 | |
| 812. | Wire Transfer Fee WASHINGTON MUTUAL BANK | | 35.00 | |
| 813. | Flood Determination Fee Landamerica Tax & Flood Service | | 8.00 | |
| 814. | Processing Fee GORDON LENDING CORPORATION | | 851.00 | |
| 815. | Broker Origination Fee GORDON LENDING CORPORATION | | 2,500.00 | |
| 900. | **ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | |
| 901. | Interest from 06/07/07 to 06/30/07 @$ 971.98 /day 23 day(s) | | 22,355.54 | |
| 902. | Mortgage Insurance Premium to | | | |
| 903. | Hazard Insurance Premium yrs. to | | | |
| 904. | | | | |
| 905. | | | | |
| 1000. | **RESERVES DEPOSITED WITH LENDER FOR** | | | |
| 1001. | Hazard Insurance mo. @$ / mo. | | | |
| 1002. | Mortgage Insurance mo. @$ / mo. | | | |
| 1003. | City property taxes mo. @$ / mo. | | | |
| 1004. | County property taxes mo. @$ / mo. | | | |
| 1005. | Annual Assessments mo. @$ / mo. | | | |
| 1006. | mo. @$ / mo. | | | |
| 1007. | mo. @$ / mo. | | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/County Prop Taxes, Mortgage Ins & Annual Assessments | | | |
| 1100. | **TITLE CHARGES** | | | |
| 1101. | Settlement or closing fee to Florida Elite Title & Escrow, LLC | | 195.00 | |
| 1102. | Abstract or title search to Florida Elite Title & Escrow, LLC | | | 295.00 |
| 1103. | Title examination to Reliance Land Security | | 150.00 | |
| 1104. | Title insurance binder to | | | |
| 1105. | Document preparation to | | | |
| 1106. | Notary fees to | | | |
| 1107. | Attorney's fees to | | | |
| | (includes above item No: 1107 - Cost $150.00 ) | | | |
| 1108. | Title insurance to Florida Elite Title & Escrow, LLC | | 18,700.00 | |
| | (includes above item No: ) | | | |
| 1109. | Lender's coverage 4,858,750.00 (115%) --- 225.00 | | | |
| 1110. | Owner's coverage 6,500,000.00 --- 18,475.00 | | | |
| 1111. | FINAL RECERT. FEE Florida Elite Title & Escrow, LLC | | 125.00 | |
| 1112. | FLORIDA FORM 9 Florida Elite Title & Escrow, LLC | | 1,870.00 | |
| 1113. | ALTA 4, ALTA 6.2, ALTA 8.1 Florida Elite Title & Escrow, LLC | | 100.00 | |
| 1200. | **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | |
| 1201. | Recording fees Deed $ 18.50 ; Mortgage $ 222.50 ; Releases $ 20.00 | | 241.00 | 20.00 |
| 1202. | City/county/stamps Deed $ ; Mortgage $ | | | |
| 1203. | State tax/stamps Deed $ 39,000.00 ; Mortgage $ 14,787.50 | | 14,787.50 | 39,000.00 |
| 1204. | Intangible Tax Deed $ ; Mortgage $ 8,450.00 | | 8,450.00 | |
| 1205. | Corporate Resolution/Cert.of Good Standing | | | 20.00 |
| 1300. | **ADDITIONAL SETTLEMENT CHARGES** | | | |
| 1301. | Survey to | | | |
| 1302. | Pest inspection to | | | |
| 1303. | Reimburse Cert.of Ins. Fee Florida Elite Title & Escrow, LLC | | 50.00 | |
| 1304. | Wire Fee Florida Elite Title & Escrow, LLC | | 30.00 | |
| 1305. | Courier Fee MSJ COURIER SERVICES | | 70.00 | |
| 1306. | Storage/Retrieval Fee Document Storage Solutions | | 25.00 | 25.00 |
| 1307. | Condo Association Dues Sunset Harbour South Condominium Assoc. | | | 56,004.29 |
| 1308. | Sunset Harbour South Condo Hyman, Spector & Mars, LLC | | | 150,000.00 |
| 1400. | **TOTAL SETTLEMENT CHARGES** (enter on lines 103 and 502, Sections J and K) | | 76,470.24 | 446,864.29 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____  _____
FELIX MOSTELAS                              Ralph Destino

_____  _____

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Date: June 8th, 2007

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.