TUTS M39  **Uniform Underwriting and Transmittal Summary**  3011904368-039
05/03/07

## I. Borrower and Property Information

Borrower Name: FELIX MOSTELAC  SSN: _____
Co-Borrower Name: _____  SSN: _____
Property Address: 1800 SUNSET HARBOUR DR, MIAMI BEACH, FL 33139

| Property Type | Project Classification | | Occupancy Status | Additional Property Information |
|---|---|---|---|---|
| | Freddie Mac / Fannie Mae | | | |
| [X] 1 unit | [ ] III Condo | [ ] P Limited Review New  [ ] E PUD | [X] Primary Residence | Number of Units: 1 |
| [ ] 2-4 units | [ ] II Condo | [ ] Q Limited Review Est.  [ ] F PUD | [ ] Second Home | Sales Price: $6,500,000 |
| [ ] Condominium | [ ] I Condo | [ ] R Expedited New  [ ] 1 Co-op | [ ] Investment Property | Appraised Value: $6,500,000 |
| [ ] PUD  [ ] Co-op | | [ ] S Expedited Est.  [ ] 2 Co-op | | **Property Rights** |
| [ ] Manufactured Housing | | [ ] T Fannie Mae Review | | [X] Fee Simple |
| [ ] Single Wide | | [ ] U FHA-approved | | [ ] Leasehold |
| [ ] Multiwide | | Project Name: _____ | | |

## II. Mortgage Information

| Loan Type | Amortization Type | Loan Purpose | Lien Position |
|---|---|---|---|
| [X] Conventional | [ ] Fixed-Rate-Monthly Payments | [X] Purchase | [X] First Mortgage |
| [ ] FHA | [ ] Fixed-Rate-Biweekly Payments | [ ] Cash-Out Refinance | Amount of Subordinate Financing |
| [ ] VA | [ ] Balloon | [ ] Limited Cash-Out Refinance (Fannie) | $ _____ |
| [ ] USDA/RHS | [X] ARM (type) 751 | [ ] No Cash-Out Refinance (Freddie) | (if HELOC, include balance and credit limit) |
| | [ ] Other (specify) _____ | [ ] Home Improvement | [ ] Second Mortgage |
| | | [ ] Construction to Permanent | |

| Note Information | Mortgage Originator | Buydown | If Second Mortgage |
|---|---|---|---|
| Original Loan Amount $ 4,225,000 | [ ] Seller | [ ] Yes | Owner of First Mortgage |
| Initial P&I Payment $ 13,589.27 | [X] Broker | [X] No | [ ] Fannie Mae  [ ] Freddie Mac |
| Initial Note Rate 1.000% | [ ] Correspondent | Terms _____ | [ ] Seller/Other |
| Loan Term (in months) 360 | Broker/Correspondent Name and Company Name: _____ | | Original Loan Amount of First Mortgage $ _____ |

## III. Underwriting Information

Underwriter's Name: P. PEKYANGKOON  Appraiser's Name/License #: _____  Appraisal Company Name: _____

| Stable Monthly Income | Borrower | Co-Borrower | Total | | Present Housing Payment: | $ 33,543.19 |
|---|---|---|---|---|---|---|
| Base Income | $ 184,732 | $ | $ 184,732 | | **Proposed Monthly Payments** | |
| Other Income | $ | $ | $ | | Borrower's Primary Residence | |
| Positive Cash Flow (subject property) | $ | $ | $ | | First Mortgage P&I | $ 33,543.19 |
| Total Income | $ 184,732 | $ | $ 184,732 | | Second Mortgage P&I | $ |
| | | | | | Hazard Insurance | $ 2,083.33 |
| | | | | | Taxes | $ 11,000.00 |
| | | | | | Mortgage Insurance | $ |

| Qualifying Ratios | | Loan-to-Value Ratios | | HOA Fees | $ |
|---|---|---|---|---|---|
| Primary Housing Expense/Income | 25.24 % | LTV | 65.000 % | Lease/Ground Rent | $ |
| Total Obligations/Income | 25.24 % | CLTV/TLTV | 65.000 % | Other | $ |
| Debt-to-Housing Gap Ratio (Freddie) | N/A % | HCLTV/HTLTV | % | Total Primary Housing Expense | $ 46,626.52 |
| | | | | **Other Obligations** | |

| Qualifying Rate | | Level of Property Review | Negative Cash Flow (subject property) | $ |
|---|---|---|---|---|
| [ ] Note Rate | % | [X] Exterior/Interior | All Other Monthly Payments | $ |
| [X] 7.851% Above Note Rate OF 1.000 % | [ ] Exterior Only | Total All Monthly Payments | $ 46,626.52 |
| [ ] % Below Note Rate _____ % | [ ] No Appraisal | | |
| [ ] Bought-Down Rate _____ % | Form Number: 1004 | **Borrower Funds to Close** | |
| [ ] Other _____ % | | Required | $ 29,657.51 |
| | | Verified Assets | $ N/A |

| Risk Assessment | Escrow (T&I) | |
|---|---|---|
| [X] Manual Underwriting | [ ] Yes [X] No | Source of Funds _____ |
| [ ] AUS | | No. of Months Reserves 2 |
| [ ] DU [ ] LP [X] Other | | Interested Party Contributions _____ % |
| AUS Recommendation N/A | | |
| DU Case ID/LP AUS Key # N/A | | Community Lending/Affordable Housing Initiative [ ] Yes [X] No |
| LP Doc Class (Freddie) _____ | | Home Buyers/Homeownership Education Certificate in file [ ] Yes [X] No |

Representative Credit/Indicator Score: 104

Underwriter Comments: CREDIT SCORE: B1: 104
, **THRESHOLDS: (X)Y ( )N DTI: 25.24 %/LOAN: $4225000  LTV/CLTV 65  ASSETS: OVER $4 MIL
**RISK/EVALUATION: EXCEPTION(S) TO PPG AND/OR CREDIT POLICY: (X)Y ( )N  **LAYERS OF RISK:
NO FICO **OFFSETS FOR RISK/EXCEPTION(S): HIGH ASSETS **PEP TOOL USED: (X)Y ( )N ADD ON
PRICE OF 0.75 FOR FICO AND LTV EXCEPTIONS **COUNTEROFFER/DENIAL: ( )Y (X)N **2ND
SIGNATURE/OPPORTUNITY: (X)Y ( )N ( )EXCLUSION FICO, LTV, LOAN AMOUNT **RESPA: ( )Y (X)N
**PROPERTY DOCS IN FILE: (X)NONE ( )CVR ( )APPRAISAL/DOCS **INCOME: $184732 **ASSETS: OVER

## IV. Seller, Contract, and Contact Information

Seller Name: WASHINGTON MUTUAL BANK, FA  Contact Name: _____
Seller Address: 2273 N. GREEN VALLEY PARKWAY, SUITE  Contact Title: _____
14, HENDERSON, NV 89014  Contact Phone Number: _____ ext. _____
Seller No. _____  Investor Loan No. _____
Seller Loan No. _____  Contact Signature: _____
Master Commitment No. _____
Contract No. _____  Date: _____

Freddie Mac Form 1077 06/05  Fannie Mae Form 1008 06/05
VMP®-25N (0507)
VMP Mortgage Solutions, Inc. (800)521-7291

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 16-60340-CR-BB
EXHIBIT NO. 1L

JMPC4368-00431