06/13/2007  19:48    9787695233                                                                         PAGE  01/07

# PURCHASE AGREEMENT
## 45 Hendricks Condominium

Date 01/09/2007  — Revised on 6/03/07

ORAL REPRESENTATIONS CANNOT BE RELIED UPON AS CORRECTLY STATING THE REPRESENTATIONS OF THE DEVELOPER. FOR CORRECT REPRESENTATIONS, REFERENCE SHOULD BE MADE TO THIS CONTRACT AND THE DOCUMENTS REQUIRED BY SECTION 718.503, FLORIDA STATUTES, TO BE FURNISHED BY DEVELOPER TO A PURCHASER OR LESSEE.

This Purchase Agreement ("Agreement") is made and entered into by and between High Point, L.L.C., a Florida Limited Liability Company ("Seller"), and the purchaser(s) named below ("Purchaser" or "Buyer").

Purchaser: Hector Corzo and/or Assigns

Residence Address:

City: Sunny Isles Beach                                State: Florida                  Zip:

Country:                                               Social Security No.:

Home Telephone:                                        Work Telephone:

Local Telephone:                                       Fax Telephone:

E-mail:

Name, address and telephone number where all purchaser's notices are to be mailed or phone, if different:

Name (c/o):

Street Address:

City:                                                  State:

Country:                                               Zip Code:

Telephone:                                             Fax Telephone:

E-mail:

Seller agrees to sell and Purchaser agrees to buy the following described property according to the terms and conditions hereinafter set forth; (Note: The Unit has/has not previously been occupied).

**A. The Property.** Unit No. 23 (the "Unit"), of 45 Hendricks Condominium (the "Condominium") together with appurtenances therein including an undivided interest in the Common Elements of the Condominium. The Unit and the Condominium are described in greater detail in the Declaration of Condominium (the "Declaration") included in the Prospectus and its attached exhibits (the "Condominium Documents"). Purchaser shall acknowledge receipt of the Condominium Documents simultaneously herewith by executing the Receipt for Condominium Documents, DBPR Form CO 6000-6, accompanying this Agreement. Neither the terms of this Section A nor the terms of Section E herein shall operate in lieu of the execution by Purchaser of DBPR Form CO 6000-6.

**B. Purchase Price.** The Purchase Price of the Unit has been determined as follows:

Basic Purchase Price
Plus or minus any adjustments,                         $~~1,700,000.00~~   $1,600,000 ⁼
as set forth on attached Addendum (if any)             $

Total Purchase Price                                   $~~1,700,000.00~~   $1,600,000 ⁼

The Total Purchase Price of the Unit shall be paid as follows:

Deposit paid this date                                 $25,000.00
Additional Deposit   Due 01/25/2007                    $25,000.00

Balance to be paid in cash or by cashier's check at time of Closing
(subject to credits, adjustments and prorations).  $~~1,650,000.00~~   $1,550,000
Total Purchase Price                                  $~~1,700,000.00~~   $1,600,000



1051

JPMC1618-00755