**Washington Mutual**                    **VERBAL VERIFICATION OF EMPLOYMENT**

HLC or WLC Name: DG                      Loan Number: 3014001618
Borrower Name: Hector Corzo               Date: 6/22/A

**FULL DOC or LOW DOC SALARIED: INFORMATION VERIFIED**

Name of Employer: Continental Freight Forwarding Inc.
Employer Address: 5800 NW 97th Ave Suite 6
Employer Phone Number: (305) 592-8198
Is Employer Listed? ☐ Yes ☐ No   If yes, where: ☐ Phone Book ☐ Directory Assistance ☐ Web-site
Applicant Currently Employed: ☒ Yes ☐ No
Source of Information if none of the above:

Name and Title of Person Verifying Information: Efrain Dominguez - Operation Manager

**FULL DOC or LOW DOC SELF EMPLOYED: INFORMATION VERIFIED**

Name of Business:
Business Address:
Business Phone Number:
Is Business Listed? ☐ Yes ☐ No   If yes, where: ☐ Phone Book ☐ Directory Assistance ☐ Web-site
Source of Information if none of the above:

Name and Title of Person Verifying Information (if applicable):

Under no circumstances is it acceptable to accept a verbal verification from the borrower.
If a verbal verification cannot be obtained, refer to the Conventional Underwriting Guidelines.
Additional Comments and Explanations: Please note that conversations regarding employment/income verification must be fully documented on this form.

Date/Signature of LFC Employee performing Verbal VOE:
Chantell Ines   6/22/A

Date/Signature of LFC Employee performing re-verification

3711 (01-07)



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 16-60340-CR-BB
EXHIBIT NO. 2E

JPMC1618-00260