06/08/2007 03:39   978⬛⬛5233                                         PAGE 06/23



| Continental Freight Forwarding | Hector Corzo | Pay Date: | 5/18/2007 |
| 5900 NW 97th Ave. Ste 6 | EE# 0903100057 | Pay Period: | 05/01/07 to 05/15/07 |
| Miami, FL 33178 | Salary: 18,750.00 | Federal filing: | S 0 |
| | | State filing: | N (FL)0 |

| Earnings | Amount | YTD | EE Taxes | Amount | YTD |
|---|---|---|---|---|---|
| Salary/Wages | 18,750.00 | 168,750.00 | Fed Inc Tax | 4,687.50 | 42,187.50 |
| | | | Medicare | 271.88 | 2,446.88 |
| | | | Soc Security | 0.00 | 6,045.00 |

Message

| Check# | Gross | YTD Gross | Net Amount |
|---|---|---|---|
| 2048210 | 18,750.00 | 168,750.00 | 13,790.62 |

| Continental Freight Forwarding | Hector Corzo | Pay Date: | 6/4/2007 |
| 5900 NW 97th Ave. Ste 6 | EE# 0903100057 | Pay Period: | 05/16/07 to 05/31/07 |
| Miami, FL 33178 | Salary: 18,750.00 | Federal filing: | S 0 |
| | | State filing: | N (FL)0 |

| Earnings | Amount | YTD | EE Taxes | Amount | YTD |
|---|---|---|---|---|---|
| Salary/Wages | 18,750.00 | 187,500.00 | Fed Inc Tax | 4,687.50 | 46,875.00 |
| | | | Medicare | 271.88 | 2,718.75 |
| | | | Soc Security | 0.00 | 6,045.00 |

Message

| Check# | Gross | YTD Gross | Net Amount |
|---|---|---|---|
| 2062035 | 18,750.00 | 187,500.00 | 13,790.62 |



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 16-60340-CR-BB
EXHIBIT NO. 2F

JPMC1618-00259