06/08/2007  03:39   9787695233                                                          PAGE  03/23

| a Control number | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | | |
|---|---|---|---|---|---|
| b Employer identification number (EIN) | | | 1 Wages, tips, other compensation **426,237.30** | 2 Federal income tax withheld **104,428.11** | |
| c Employer's name, address, and ZIP code **CONTINENTAL FREIGHT FORWARDING, INC.** **5900 NW 97th AVE.   STE 6** **MIAMI, FL 33178** | | | 3 Social security wages **90,000.00** | 4 Social security tax withheld **5,580.00** | |
| | | | 5 Medicare wages and tips **426,237.30** | 6 Medicare tax withheld **6,180.44** | |
| | | | 7 Social security tips | 8 Allocated tips | |
| d Employee's social security number | | | 9 Advance EIC payment | 10 Dependent care benefits | |
| e Employee's first name and initial    Last name **HECTOR CORZO** **MIAMI, FL 33193** | | | 11 Nonqualified plans | 12a See instructions for box 12 | |
| | | | 13 Statutory employee / Retirement plan / Third-party sick pay ☐ ☐ ☐ | 12b | |
| | | | 14 Other | 12c | |
| | | | | 12d | |
| f Employee's address and ZIP code | | | | | |

| 15 State   Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| | | | | | |

Form **W-2**  Wage and Tax Statement    **2005**    Department of the Treasury—Internal Revenue Service

Copy C—For EMPLOYEE'S RECORDS. (See Notice to Employee on back of Copy B.)

Safe, accurate, FAST! Use  *irs e~file*

AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 16-60340-CR-BB

EXHIBIT NO.    2G

JPMC1618-00256