06/08/2007 03:39   9781 55233                                                                 PAGE 02/23

| a Control number | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. |
|---|---|---|---|
| b Employer identification number (EIN) | | | 1 Wages, tips, other compensation  436,893.20 | 2 Federal income tax withheld  109,223.30 |
| c Employer's name, address, and ZIP code  CONTINENTAL FREIGHT FORWARDING, INC.  5900 NW 97th AVE. STE 6  MIAMI, FL 33178 | | | 3 Social security wages  94,200.00 | 4 Social security tax withheld  5,840.40 |
| | | | 5 Medicare wages and tips  436,893.20 | 6 Medicare tax withheld  6,334.95 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name   Suff.  HECTOR CORZO  MIAMI, FL 33193 | | | 11 Nonqualified plans | 12a See instructions for box 12 |
| | | | 13 Statutory / Retirement / Third-party | 12b |
| | | | 14 Other | 12c |
| | | | | 12d |
| f Employee's address and ZIP code | | | | |
| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement   **2006**   Department of the Treasury—Internal Revenue Service
Copy C—For EMPLOYEE'S RECORDS (see Notice to Employee on back of Copy B.)



GOVERNMENT EXHIBIT
CASE NO. 16-60340-CR-BB
EXHIBIT NO. 2H

JPMC1618-00255