## A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB Approval No. 2502-0265 (expires 11/30/2009)

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ RHS | 3. ☒ Conv. Unins. | 6. File Number: 07-2256 | 7. Loan Number: 3014001618 | 8. Mortgage Insurance Case Number |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| HECTOR CORZO<br>14911 SW 80 STREET<br>MIAMI, FLORIDA | HIGH POINT, LLC<br>2765 NE 14th STREET<br>FORT LAUDERDALE, FLORIDA 33304 | WASHINGTON MUTUAL BANK, F.A.<br>3050 HIGHLAND PARKWAY<br>DOWNERS GROVE, IL 60515 |

| G. Property Location | H. Settlement Agent |
|---|---|
| 45 HENDRICKS ISLE UNIT #2B<br>FORT LAUDERDALE, FLORIDA 33301 | Florida Elite Title & Escrow, LLC |

| Place of Settlement | I. Settlement Date |
|---|---|
| 4801 South University Drive<br>Suite 125<br>Davie, Florida 33328 | 06/25/07 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 1,600,000.00 | 401. Contract sales price | 1,600,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 23,723.70 | 403. | |
| 104. CLOSING FEE | 15,623.00 | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes             to | | 407. County taxes             to | |
| 108. Assessments              to | | 408. Assessments              to | |
| 109. PRORATON OF MONTHLY ASSOC. | 143.58 | 409. | |
| 110. CAPITAL CONTRBUTION | 1,435.72 | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | **1,640,926.00** | **420. GROSS AMOUNT DUE TO SELLER** | **1,600,000.00** |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT TO SELLER** | |
| 201. Deposit or earnest money | 50,000.00 | 501. Excess Deposit (see instructions) | 50,000.00 |
| 202. Principal amount of new loan(s) | 1,280,000.00 | 502. Settlement charges to seller (line 1400) | 74,310.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan<br>CLOLONIAL BANK | 835,906.00 |
| 205. 2nd Mortgage Proceeds | 158,744.17 | 505. Payoff of second mortgage loan | |
| 206. | | 506. American Holdings, LLC. | 387,208.92 |
| 207. | | 507. NorthView Equities, LLC. | 243,791.08 |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes   01/01 to 06/25 | 8,764.00 | 511. County taxes   01/01 to 06/25 | 8,764.00 |
| 212. Assessments              to | | 512. Assessments              to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. Partl Release to Colonial Bank | 20.00 |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY / FOR BORROWER** | **1,497,508.17** | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | **1,600,000.00** |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 1,640,926.00 | 601. Gross amount due to seller (line 420) | 1,600,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 1,497,508.17 | 602. Less reduction amount due to seller (line 520) | 1,600,000.00 |
| **303. CASH       FROM      BORROWER** | **143,417.83** | **603. CASH       TO       SELLER** | |

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO.   16-60340-CR-BB
EXHIBIT NO.   21

-2007 at 4:57 PM

form HUD-1 (3/86) ref Handbook 4305.2

JPMC1618-00232

| L. SETTLEMENT CHARGES: | | File Number: 07-2256 | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|---|
| 700. | TOTAL SALES/BROKER'S COMMISSION based on price $ | | 919,000.00 @ | 8.0675 = 74,140.00 | | |
| | Division of commission (line 700) as follows: | | | | | |
| 701. | $ 55,140.00 to PINNACLE CONSULTING, LLC | | | | | |
| 702. | $ 19,000.00 to NORTHVIEW REAL ESTATE, LLC | | | | | |
| 703. | Commission paid at Settlement | | | | | 74,140.00 |
| 704. | | | | | | |
| 800. | ITEMS PAYABLE IN CONNECTION WITH LOAN | | | P.O.C. | | |
| 801. | Loan Origination Fee | % | | | | |
| 802. | Loan Discount | % | | | | |
| 803. | Appraisal Fee | to | | | | |
| 804. | Credit Report | to | | | | |
| 805. | Lender's Inspection Fee | to | | | | |
| 806. | Mtg. Ins. Application Fee | to | | | | |
| 807. | Assumption Fee | to | | | | |
| 808. | PROCESSING FEE | GORDON LENDING | | | 851.00 | |
| 809. | FUNDING & REVIEW FEE | WASHINGTON MUTUAL BANK, F.A. | | | 355.00 | |
| 810. | PAYMENT PROCESSING | WASHINGTON MUTUAL BANK, F.A. | | | 200.00 | |
| 811. | TAX SERVICE FEE | WASHINGTON MUTUAL BANK, F.A. | | | 81.00 | |
| 812. | WIRE TRANSFER FEE | WASHINGTON MUTUAL BANK, F.A. | | | 35.00 | |
| 813. | FLOOD DETERMINATION | LANDAMERICA TAX & FLOOD SERVICES | | | 8.00 | |
| 814. | | | | | | |
| 815. | YSP Pd by WAMU | GORDON LENDING | | 38400.00L | | |
| 900. | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | |
| 901. | Interest from 06/25/07 to 07/01/07 @$ | | 285.7 /day | 6 day(s) | 1,714.20 | |
| 902. | Mortgage Insurance Premium | to | | | | |
| 903. | Hazard Insurance Premium | yrs. to MASTER POLICY | | | | |
| 904. | | | | | | |
| 905. | | | | | | |
| 1000. | RESERVES DEPOSITED WITH LENDER FOR | | | | | |
| 1001. | Hazard Insurance | mo. @$ | / mo. | | | |
| 1002. | Mortgage Insurance | mo. @$ | / mo. | | | |
| 1003. | City property taxes | mo. @$ | / mo. | | | |
| 1004. | County property taxes | mo. @$ | / mo. | | | |
| 1005. | Annual Assessments | mo. @$ | / mo. | | | |
| 1006. | | mo. @$ | / mo. | | | |
| 1007. | | mo. @$ | / mo. | | | |
| 1008. | Aggregate Reserve for Hazard/Flood Ins, City/County Prop Taxes, Mortgage Ins & Annual Assessments | | | | | |
| 1100. | TITLE CHARGES | | | | | |
| 1101. | Settlement or closing fee | to Florida Elite Title & Escrow, LLC | | | 195.00 | |
| 1102. | Abstract or title search | to Florida Elite Title & Escrow, LLC | | | 275.00 | |
| 1103. | Title examination | to Reliance Land Security | | | 150.00 | |
| 1104. | Title insurance binder | to | | | | |
| 1105. | Document preparation | to | | | | |
| 1106. | Notary fees | to | | | | |
| 1107. | Attorney's fees | to | | | | |
| | (includes above item No: | | ) | | | |
| 1108. | Title insurance | to Florida Elite Title & Escrow, LLC | | | 6,800.00 | |
| | (includes above item No: | | ) | | | |
| 1109. | Lender's coverage | 1,472,000.00 --- 225.00 (115% Coverage) | | | | |
| 1110. | Owner's coverage | 1,600,000.00 --- 6,575.00 | | | | |
| 1111. | RE-CERT FINAL | Florida Elite Title & Escrow, LLC | | | 125.00 | |
| 1112. | FL FORM 9 END. | Florida Elite Title & Escrow, LLC | | | 680.00 | |
| 1113. | ALTA 8.1, 4.1 & 6.2 END. | Florida Elite Title & Escrow, LLC | | | 100.00 | |
| 1200. | GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | | |
| 1201. | Recording fees Deed $ 18.50 POC-S ; Mortgage $ 222.50 ; Releases $ 30.00 | | | | 222.50 | 30.0 |
| 1202. | City/county/stamps Deed $ ; Mortgage $ | | | | | |
| 1203. | State tax/stamps Deed $ 4,767.00 ; Mortgage $ 4,480.00 | | | | 9,247.00 | |
| 1204. | Intangible Tax Deed $ ; Mortgage $ 2,560.00 | | | | 2,560.00 | |
| 1205. | PARTIAL RELEASE TO BFSPE, LLC | | | | | 25.0 |
| 1300. | ADDITIONAL SETTLEMENT CHARGES | | | | | |
| 1301. | Survey | to N/A | | | | |
| 1302. | Pest inspection | to | | | | |
| 1303. | COURTHOUSE DELIVERY FEE | MSJ COURIER SERVICES | | | 70.00 | |
| 1304. | WIRE FEE | Florida Elite Title & Escrow, LLC | | | 30.00 | |
| 1305. | STORAGE/RETRIEVAL FEE | Document Storage Solutions | | | 25.00 | |
| 1306. | OUTGOING WIRE | BAY TITLE COMPANY | | | | 50.0 |
| 1307. | COURIER FEE | 90-MINUTE COURIER | | | | 40.0 |
| 1308. | COURIER FEE | S FL COURIER SYSTEMS | | | | 25.0 |
| 1400. | TOTAL SETTLEMENT CHARGES (enter on lines 103 and 502, Sections J and K) | | | | 23,723.70 | 74,310.0 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

HECTOR CORZO                                    HIGHPOINT, LLC

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Date: June 25th, 2007

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

06-25-2007 at 4:57 PM                                                              form HUD-1 (3/86) ref Handbook 4305.2

JPMC1618-00233