

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 4
Statement Period
03-09-07 through 04-14-07
Number of checks enclosed 0

Account Number

HECTOR R CORZO
MIAMI FL 33193

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement. Enroll at www.bankofamerica.com.

## Customer Service Information
www.bankofamerica.com

For additional information or service, you may call:
1.800.432.1000 Customer Service
1.800.288.4408 TDD/TTY Users Only
1.800.688.6086 En Español

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## MyAccess checking
HECTOR J CORZO

### Your Account at a Glance

| | |
|---|---:|
| Account Number | |
| Beginning Balance on 03-09-07 | $468,160.50 |
| Deposits and Other Additions | 15,966.56 |
| Checks Posted | 10,096.00 |
| ATM and Debit Card Subtractions | 838.88 |
| Service Charges and Other Fees | 62.00 |
| Other Subtractions | 969.44 |
| Ending Balance on 04-14-07 | $472,160.74 |

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 16-60340-CR-BB
EXHIBIT NO. 2J

JPMC1618-00237

HECTOR E. CORZO

Page 2 of 4
Statement Period
03-09-07 through 04-14-07
Number of checks enclosed: 0
B 07 6 A P 07

Account Number:

---

We want to remind you that you will be charged 3% of the US Dollar amount for each converted purchase and 1% for each ATM cash withdrawal when you use your Check Card or ATM Card for foreign purchases or ATM cash withdrawals in currency other than US Dollars. The International Transaction Fee will appear as a separate item on your banking statement.

We reviewed our Bank of America Visa Check Card benefits and discovered that while some consumer check card benefits are frequently used by our customers, others are not. In an effort to serve you better, we have streamlined our consumer check card benefits to offer you the services used most by our customers.

Effective 7/1/07, Bank of America Consumer Check Cards will no longer provide: Purchase Security, Warranty Manager, Concierge Services, Purchase Security/Extended Protection, or Travel Accident Insurance. Current benefits provided depend on check card type.

Bank of America Check Cards will continue to provide our Total Security Protection package. For details, refer to the insert included with your statement or go to www.bankofamerica.com/checkcardupdate. US Airways Visa Check Cards are not affected by the changes.

## MyAccess checking Additions

| Deposits and Other Additions | Date Posted | Amount($) |
|---|---|---|
| Counter Credit | 03-13 | 7,475.40 |
| US Treasury 220 ;Desc= tax Refund;Id= xxxxx9982  IRS Eff Date: 060224;Indn: | 03-24 | 504.00 |
| FL Tfr transfer  Banking Ctr Midway Office  #0001351 FL  Confirmation# 1755890400 | 04-07 | 425.00 |
| Counter Credit | 04-09 | 7,562.16 |

**Total Deposits and Other Additions**  $15,966.56

## MyAccess checking Subtractions

**Checks Posted**

| Check Number | Date Posted | Amount($) |
|---|---|---|
| 91 | 03-14 | 10,096.00 |

**Total Checks Posted**  $10,096.00

| ATM and Debit Card Subtractions | Date Posted | Amount($) |
|---|---|---|
| Cns Advance St 03/09 #000030820 Purchase  Cns Advance Store  Miami  FL | 03-09 | 20.00 |
| CheckCard 0309 Hess 09303  Miami  FL 24455010417100003184190 | 03-13 | 31.00 |
| Wal-Mart Store 03/11 #000258916 Purchase  Wal-Mart Store  Miami (Airpor FL | 03-13 | 22.15 |
| Wal-Mart Store 03/12 #000290076 Purchase  Wal-Mart Store  Miami (Airpor FL | 03-13 | 4.18 |
| BkofAmerica ATM 03/12 #000007844 Withdrwl  Midway  Miami  FL | 03-13 | 50.00 |

HECTOR E. CORZO

Page 3 of 4
Statement Period
03-09-07 through 04-14-07
Number of checks enclosed: 0
B 07 u A P 07           023599

Account Number:

## MyAccess checking Subtractions

| ATM and Debit Card Subtractions - Continued | Date Posted | Amount($) |
|---|---|---|
| BkofAmerica ATM 03/14 #000008446 Withdrwl Midway Miami FL | 03-14 | 200.00 |
| CheckCard 0314 Tgi fridays #0345 Miami FL 24445006046377953590922 | 03-16 | 45.01 |
| BkofAmerica ATM 03/16 #000009055 Withdrwl Midway Miami FL | 03-17 | 50.00 |
| Cns Toys R US 03/19 #000618859 Purchase Cns Toys R US Miami FL | 03-21 | 14.96 |
| Cns Toys R US 03/19 #000623259 Purchase Cns Toys R US Miami FL | 03-21 | 7.13 |
| BkofAmerica ATM 03/25 #000004421 Withdrwl Midway Miami FL | 03-27 | 30.00 |
| Publix 03/26 #000001462 Purchase 8341 Flagler West Miami FL | 03-27 | 4.47 |
| BkofAmerica ATM 03/27 #000003402 Withdrwl Midway Miami FL | 03-28 | 50.00 |
| BkofAmerica ATM 03/28 #000003605 Withdrwl Midway Miami FL | 03-28 | 50.00 |
| Wal-Mart Store 03/28 #000277857 Purchase Wal-Mart Store Miami (Airpor FL | 03-28 | 3.18 |
| CheckCard 0403 Applebee'S Pem09920109 Pembroke Pinefl 24164076063491326659395 | 04-06 | 35.17 |
| CheckCard 0404 Tgi fridays #0345 Miami FL 24445006064393820767905 | 04-06 | 25.56 |
| CheckCard 0404 Bath & Body Works 1411 Miami FL 24792626064683141107706 | 04-06 | 45.48 |
| BkofAmerica ATM 04/03 #000004605 Withdrwl Sunset #2 Miami FL | 04-06 | 60.00 |
| Exxonmobil Pos 04/07 #000722925 Purchase Exxonmobil Pos Miami FL | 04-07 | 32.00 |
| Publix 04/09 #000001955 Purchase 8341 Flagler West Miami FL | 04-09 | 7.97 |
| BkofAmerica ATM 04/11 #000004364 Withdrwl Midway Miami FL | 04-13 | 50.00 |
| **Total ATM and Debit Card Subtractions** | | **$838.88** |

| Service Charges and Other Fees | Date Posted | Amount($) |
|---|---|---|
| Teller Fee For Activity Of 03-21 Electronic Transaction | 03-22 | 31.00 |
| Teller Fee For Activity Of 03-21 Electronic Transaction | 03-22 | 31.00 |
| **Total Service Charges and Other Fees** | | **$62.00** |

| Other Subtractions | Date Posted | Amount($) |
|---|---|---|
| Bellsouth Des= phone Pymt ID= 605839860003221 Eff Date 060228 Indn: | 03-28 | 39.70 |
| American Des= elec Remit ID= 060307056291946 Eff Date 060309 Indn: | 04-09 | 425.84 |

HEXTOR E. CORZO

Page 4 of 4
Statement Period
03-09-07 through 04-14-07
Number of checks enclosed: 0
B 07 0 A P 07

Account Number:

## MyAccess checking Subtractions

| Other Subtractions - Continued | | Date Posted | Amount($) |
|---|---|---|---|
| FL Tlr transfer to Chk 7634 Banking Ctr Kendall Drive Confirmation# 204147321 | #0000889 FL | 04-10 | 425.00 |
| FL Tlr payment to FPL 1092 Banking Ctr Sunset Confirmation# 202469027S | #0000769 FL | 04-10 | 58.90 |
| FL Tlr payment to FPL 0609 Banking Ctr Sunset Confirmation# 202464180.9 | #0000769 FL | 04-10 | 20.00 |
| **Total Other Subtractions** | | | **$969.44** |

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook balance here ............................................................................................ $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ........... $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ......................... $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ................................................................................................. $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ............................................................................................................... $ _____
2. Add any deposits not shown on this statement ....................................................................................................... $ _____

SUBTOTAL ............ $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ...................................... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal.
   This Balance should match your new Account Register Balance ............................................................................. $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions of your deposit agreement.

### Important Information

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**

If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g. ATM transactions, direct deposit or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and ⌂ Equal Housing Lender

Thank You for Choosing Bank of America

**Bank of America**
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
04-15-07 through 05-11-07
Number of checks enclosed: 0

Account Number

HECTOR E CORZO
MIAMI FL 33193

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement.
Enroll at www.bankofamerica.com.

## Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:
- 1.800.432.1000 Customer Service
- 1.800.288.4408 TDD/TTY Users Only
- 1.800.688.6086 En Español

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

### MyAccess checking
HECTOR E CORZO

### Your Account at a Glance

| | |
|---|---:|
| Account Number | |
| Beginning Balance on 04-15-07 | $472,160.74 |
| Deposits and Other Additions | 16,300.92 |
| ATM and Debit Card Subtractions | 10,401.37 |
| Other Subtractions | 5,811.64 |
| **Ending Balance on 05-11-07** | **$472,248.65** |

Page 2 of 3
Statement Period
04-15-07 through 05-11-07
Number of checks enclosed: 0
B 02 0 A P 02

Account Number:

HECTOR E. CORZO

NOTICE: Effective 6/9/07, fees for overdraft & returned items are changing. The 1st day your account has an occurrence (an occurrence is a day with at least 1 overdraft item or 1 returned item), the fee for each item remains $19.

The 2nd day - 4th day that your account has an occurrence during the current month & preceding 12 months, the fee for each overdraft item & each returned item changes to $33. For the 5th & subsequent days that your account has an occurrence during the current month & preceding 12 months, the fee for each overdraft item & each returned item changes to $35.

For a brochure about fees, pick up "Our account fees explained" at your banking center. To help you better identify transactions on your account, we are changing the name of this fee. On 5/19/07, "Overdraft Fee" changes to "NSF: Returned Item Fee" if the item is returned unpaid. If the item is paid, the name changes to "Overdraft Item Fee."

As part of our ongoing commitment to security, Bank of America is introducing 18 new Online Banking Alerts allowing you to monitor your account activity. Set-up alerts today - they're fast, free, and easy to use. Enroll or sign in to Online Banking at www.bankofamerica.com, select the Accounts Overview tab and click the Manage Alerts link.

## MyAccess checking Additions

| Deposits and Other Additions | Date Posted | Amount($) |
|---|---|---|
| Counter Credit | 04-23 | 8,722.83 |
| Counter Credit | 04-06 | 7,578.09 |
| **Total Deposits and Other Additions** | | **$16,300.92** |

## MyAccess checking Subtractions

| ATM and Debit Card Subtractions | Date Posted | Amount($) |
|---|---|---|
| BkofAmerica Teller 04/16 #000009047 Withdrwl  Midway    Miami    FL | 04-16 | 5,030.00 |
| BkofAmerica ATM 04/16 #000003113 Withdrwl  Midway    Miami    FL | 04-20 | 20.00 |
| BkofAmerica ATM 04/16 #000002341 Withdrwl  Midway    Miami    FL | 04-24 | 80.00 |
| CheckCard 0425 Exco Tropic Grda Mtl  Miami    FL 24717056084640842251173 | 04-27 | 36.00 |
| BkofAmerica ATM 04/16 #000007464 Withdrwl  Midway    Miami    FL | 04-27 | 100.00 |
| BkofAmerica Teller 04/16 #000003713 Withdrwl  South Hialeah #2  Hialeah    FL | 04-29 | 5,020.00 |
| BkofAmerica ATM 05/06 #000006450 Withdrwl  Midway    Miami    FL | 05-06 | 100.00 |
| Canton Star   05/06 #000825148 Purchase  Canton Star   Miami    FL | 05-06 | 15.37 |
| **Total ATM and Debit Card Subtractions** | | **$10,401.37** |

JPMC1618-00243

HECTOR E. CORZO

Page 3 of 3
Statement Period
04-15-07 through 05-11-07
Number of checks enclosed: 0
B 07 0 A P 07        023906

Account Number:

## MyAccess checking Subtractions

| Other Subtractions | Date Posted | Amount($) |
|---|---|---|
| American :Des= elec Remit;ID= 060324054922119 Eff Date. 060327;Indn: | 04-27 | 3,477.62 |
| American :Des· elec Remit;ID= 060406053265863 Eff Date: 060407;Indn: | 05-07 | 2,334.02 |
| **Total Other Subtractions** | | **$5,811.64** |

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ........................................................................................ $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ........ $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ........................ $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ........................................................................................ $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ........................................................................................................ $ _____
2. Add any deposits not shown on this statement .................................................................................................. $ _____

SUBTOTAL .................................................................................................................................................. $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | Checks, ATM, Check Card, Electronic Withdrawals | Checks, ATM, Check Card, Electronic Withdrawals |
|---|---|---|
| Date Check #       Amount | Date Check #       Amount | Date Check #       Amount |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

4. TOTAL OF OUTSTANDING CHECKS, ATM Check Card and other electronic withdrawals .............................. $ _____
5. Subtract total outstanding checks, ATM Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ........................................................................ $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

### Important Information

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of the statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
- Tell us your name and account number
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer) for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for, the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender

*Thank You for Choosing Bank of America*