**Washington Mutual**  M39  ULAS  3014001618-039

UNDER WRITING

## Loan Approval Summary

### ...der Information

...mber: 3014001618  Credit Class Code: OU
...Person: JENNIFER OWENS  Phone No. (800) 733-3303

### ...rower and Collateral Information

...r Name(s): HECTOR E CORZO
...al Address: 45 HENDRICKS ISLE UNIT 2B, FORT LAUDERDALE, FL 33304
...al: ☐ Single Family  ☐ PUD  ☐ Manufactured Home  ☐ 2-4  # of Units: 1  ☐ Co-op
  ☒ Condominium  Project Classification  Q  Project Name/Code 45 HENDRICKS CONDOS
...pe: ☒ First Lien  ☐ Subordinate Lien
...ice $ 1,600,000.00  Appraised Value $ 1,600,000.00  WaMu Aggregate $ 1,439,840.00
...ormation: Term 360  Loan Amount $ 1,280,000.00  Amt. of Subordinate Fin. $ 159,840.00

### ...an Information

...: 1 MO MTA OPTION ARM
...ration Type: ☐ Fixed Rate  ☐ Balloon  ☒ ARM (type) MTA  ☐ Other (specify)
...ncy: ☒ Primary Residence  ☐ Second Home  ☐ Investment  Doc Type: ☐ Full Doc  ☐ Alt Doc  ☒ Low Doc  ☐ Streamline Refinance
...e: ☒ Purchase  ☐ Cash-Out Refinance  ☐ No Cash-Out Refinance  Temp Buydown: ☐ Yes  ☒ No

### ...derwriting Information

**Monthly Income**

| | Borrower | Co-Borrower | Total |
|---|---|---|---|
| ...come | $ 37,500.00 | $ .00 | $ 37,500.00 |
| ...come | $ .00 | $ .00 | $ .00 |
| Cash Flow | | | |
| . Property) | $ .00 | $ | $ .00 |
| ...come | $ 37,500.00 | $ .00 | $ 37,500.00 |

**Proposed Monthly Payments**
Borrower's Primary Residence:
Total Primary Housing Expense  $ 12,182.19
Other Obligations:
Negative Cash Flow
(Subject Property)  $ .00
All Other Monthly Payments  $ 666.00
Total All Monthly Payments  $ 12,848.19

**Qualifying Ratios**
...ry Housing  32.485 %
  34.261 %

**Loan-to-Value Ratios**
LTV  80.000 %
CLTV  89.990 %

Note Rate: 1.000 %
Qualifying Rate: 8.497 %

### ...derwriter Decision

...iter: MO   Date: 6/13/07   ☒ Approved  ☐ Suspended  ☐ Denied  ☐ Counteroffer
...nd Review (Name & Date):

FICO Score: 703
PM Score:

...nts:  FISHER 229297 06/13/07
APPROVED. DATA INTEGRITY CHECKED. INCOME-37500. ASSETS-$472248. FULL DOC,
...URCHASE,1 MO MTA 30 YR. TRIMERGE CS-703. AGGREGATE-$1439840.
...ING COSTS. HUD-1 SHOULD REFLECT AS 'PAID POC BY BROKER'ON CREDIT REPORT
...OME CALCULATIONS NOTED ON THE CONVERSATION LOG.
...TS WERE RECONCILED WITH CREDIT REPORT TO 1003.
...REGATE INCLUDES SUBJECT PROPERTY LOAN PLUS NEW WAMU 2ND LOAN.
... NOT RE-RUN EDE BECAUSE RATIOS DID NOT EXCEED 55% TOLERANCE.

### ...mpensating Factors

- documented error in the credit history directly related to one or more of the credit score factors.
- ...ere is a demonstrated ability to accumulate savings.
- ...ere is a demonstrated ability to devote a greater portion of income to basic needs, such as housing expense; this includes consideration of residual ...come. (NA if AUS Referred)
- ...ocumented net worth is substantial enough to evidence an ability to repay the debt. (NA if DU/LP Referred)
- ...tential for increased earnings based on education, job training, time employed or time practiced in a profession
- ...obability for increased earnings from trailing wage earner income, if not already used to qualify.
- ...rified income not used from an unqualified source, such as rent paid by extended family member living in the ...it, or income that is not expected to continue for three years.
- ...ere are verified liquidity/reserves in excess of product guidelines (NA if DU/LP Referred)
- ...e LTV is below the program maximum. (NA if AUS Referred)
- ...he FICO is significantly higher than the program minimum. (NA if AUS Referred)

### ...tes to Processing or Closing:

- ...l copies to be certified for FHA/VA loans only.
- ...hotocopies of faxed copies used for underwriting must exactly conform to the original document with no corrections or white-outs. Any deviation will result ...an invalid loan approval.
- ...l FHA loan amounts must be refigured upon receipt of HUD-1 closing statement prior to disbursement by closer.
- ...rocessor to correct master loan application.

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 06-60340-CR-BB
EXHIBIT NO. 2L