



JPMC1618-01486

| | |
|---|---|
| posting date | 2007 Sep 13 |
| ppseqnum | 136435233 |
| amount | $4,116.99 |
| trancode | 001001 |
| field4 | 0 |
| bank | 06700643 |
| account | |
| serial | 000000001001 |
| udk | 3070913000136435233 |
| dbcr | 8 |
| bank no. | 3 |

" Date Transmited 10/08/2007 check # 1011 Amt Paid $4,116.99 DDA # 8 RT # 067006432 Batch # 10 Seq # 197"

M4 MANAGEMENT LLC
P O Box 190359
Miami Beach, FL 33119

1011
63-643/670
BRANCH 51069

FECHA / DATE 10/3/07

PÁGUESE A LA ORDEN DE / PAY TO THE ORDER OF WaMu $ 4,116 99/xx

Four Thousand One Hundred Sixteen 99/xx DÓLARES / DOLLARS

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

PARA / FOR Acct 3014001618

MP

"Date Transmitted 10/08/2007 Stmt A/C# Amt Applied $4,116.99 Batch# 10 Seq# 197"

WaMu 908-B

HECTOR CORZO

Loan Number: 3014001618
Statement Date: September 13, 2007

Please write your loan number on your check. Make check payable to Washington Mutual.

Please check here if change of address or telephone number is indicated on the reverse side of this form.

WASHINGTON MUTUAL
PO BOX 78148
PHOENIX AZ 85062-8148

Please allow 7-10 days for postal delivery.

| | | |
|---|---|---|
| Payment Due Date: | | October 01, 2007 |
| Current Payment: | $ | 4,116.99 |
| Total Minimum Due: | $ | 4,116.99 |
| If Received After: | | October 16, 2007 |
| Total Minimum Plus Late Charges: | $ | 4,322.84 |

Making Your Payment
*Please write in your payment amount — either the Total Minimum Due or one of the Additional Payment Options selected from the "Your Next Payment" section above — and indicate how to apply any additional funds. If you include additional funds and do not indicate how to apply them, we will apply them first to applicable advances, then to any fees due and then to principal.*

| | | |
|---|---|---|
| Payment Amount | | 4,116.99 |
| Late Charges | + | |
| Additional Principal | + | |
| Additional Escrow | + | |
| Future Payments | + | |
| Total Amount Enclosed | = | 4,116.99 |

Case 0:16-cr-60340-BB Document 99-25 Entered on FLSD Docket 11/20/2017 Page 2 of 3

| | |
|---|---|
| posting date | 2007 Nov 13 |
| ppseqnum | 115471405 |
| amount | $4,116.99 |
| trancode | 001028 |
| field4 | 0 |
| bank | 06700643 |
| account | |
| serial | 000000001028 |
| udk | 3071113000115471405 |
| dbcr | 8 |
| bank no. | 3 |