Jun-22-2007 03:26pm From- T-766 P.014/016 F-838

06/13/2007 09:17 9797695233

# GORDON LENDING CORPORATION
## Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is ☐ applicable ☐ for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below).

Borrower _____ Co-Borrower _____

### I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☒ Conventional  ☐ Other (explain): | Agency Case Number | Lender Case Number |
| --- | --- | --- | --- |
| | ☐ FHA  ☐ USDA/Rural Housing Service | | |

| Amount | Interest Rate | No. of Months | Amortization Type: | ☐ Fixed Rate  ☐ Other (explain): |
| --- | --- | --- | --- | --- |
| $ 156,840.00 | 8.750 % | | | ☐ GPM  ☒ ARM (type): 1MTA W/ HELOC 2ND |

### II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP) No. of Units
45 HENDRICKS ISLE UNIT 28 Fort Lauderdale, FL 33301 County: Broward

Legal Description of Subject Property (attach description if necessary) Year Built
CONDO

Purpose of Loan ☒ Purchase ☐ Construction ☐ Other (explain): Property will be: ☒ Primary Residence ☐ Secondary Residence ☐ Investment
☐ Refinance ☐ Construction-Permanent

Complete this line if construction or construction-permanent loan.
| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
| --- | --- | --- | --- | --- | --- |
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.
| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe improvements ☐ made ☐ to be made |
| --- | --- | --- | --- | --- |
| | $ | $ | | Cost: $ |

Title will be held in what Name(s) Manner in which Title will be held Estate will be held in:
HECTOR CORZO Single man ☒ Fee Simple
☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)
Checking/Savings

### III. BORROWER INFORMATION

| Borrower | Co-Borrower |
| --- | --- |
| Borrower's Name (include Jr. or Sr. if applicable) HECTOR CORZO | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| Social Security Number: 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  Home Phone (incl. area code): 305-623-0113  DOB (MM/DD/YYYY): 07/14/1984  Yrs. School: | Social Security Number  Home Phone (incl. area code)  DOB (MM/DD/YYYY)  Yrs. School |
| ☐ Married ☒ Unmarried (include single, divorced, widowed) ☐ Separated  Dependents (not listed by Co-Borrower) no. 0 ages | ☐ Married ☒ Unmarried (include single, divorced, widowed) ☐ Separated  Dependents (not listed by Borrower) no. ages |
| Present Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. 14911 SW 80 ST  5Y  Miami, FL 33193 | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
| Mailing Address, if different from Present Address  14911 SW 80 ST Miami, FL 33193 | Mailing Address, if different from Present Address |

If residing at present address for less than two years, complete the following:
| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. |
| --- | --- |

### IV. EMPLOYMENT INFORMATION

| Borrower | | | Co-Borrower | | |
| --- | --- | --- | --- | --- | --- |
| Name & Address of Employer | ☐ Self Employed | Yrs. on this job 3Y | Name & Address of Employer | ☐ Self Employed | Yrs. on this job |
| CONTINENTAL FREIGHT FORWARDING, INC  5800 NW 97TH AVE STE 6  Miami, FL 33178 | | Yrs. employed in this line of work/profession 3 | | | Yrs. employed in this line of work/profession |
| Position/Title/Type of Business GENERAL MANAGER VP&S AS FOR C | Business Phone (incl. area code) 305-592-8183 | | Position/Title/Type of Business | Business Phone (incl. area code) | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:
| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
| --- | --- | --- | --- | --- | --- |
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
| --- | --- | --- | --- | --- | --- |
| | | Monthly Income $ | | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |

Freddie Mac 65 07/05 Page 1 of 4 Fannie Mae Form 1003 07/05

1003 Page 1 doyoi – Encompass™ from Ellie Mae – www.elliemae.com

PAGE 11/13 * RCVD AT 6/13/2007 9:17:45 PM [Central Daylight Time] * SVR:FAXWDAL04/22 * DNIS:5266 * CSID:9797695233 * DURATION (mm-ss):06-12

GOVERNMENT EXHIBIT
CASE NO. 16-60340-CR-BB
EXHIBIT NO. 2BB

JPMC7991-00003

Jun-22-2007 03:26pm From- T-766 P.015/016 F-838

05/13/2007 09:17 976-695233 PAGE 12/13

# GORDON LENDING CORPORATION

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income | 36,407.77 | 0.00 | 36,407.77 | Rent | 0.00 | |
| Overtime | 0.00 | 0.00 | | First Mortgage (P&I) | 0.00 | 1,238.66 |
| Bonuses | 0.00 | 0.00 | | Other Financing (P&I) | 0.00 | 4,374.30 |
| Commissions | 0.00 | 0.00 | | Hazard Insurance | 0.00 | 0.00 |
| Dividends/Interest | 0.00 | 0.00 | | Real Estate Taxes | 0.00 | 0.00 |
| Net Rental Income | | 0.00 | | Mortgage Insurance | 0.00 | 3,000.00 |
| Other (before completing, see the notice in "describe other income," below) | 0.00 | 0.00 | | Homeowner Assn. Dues | 0.00 | 0.00 |
| | | | | Other | 0.00 | |
| Total | 36,407.77 | | 36,407.77 | Total | | 8,613.66 |

*Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Described Other Income   Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | 0.00 |
| C | | 0.00 |
| C | | 0.00 |
| C | | 0.00 |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.
Completed ☒ Jointly   ☐ Not Jointly

| Description | ASSETS | Cash or Market Value | Liabilities and Pledged Assets... | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|---|
| Cash deposit toward purchase held by: | | | | | |
| List checking and savings accounts below | | | Name and address of Company: BANK OF AMERICA 201 N TRYON ST CHARLOTTE, NC 28255 Acct. no. 6391000X946797 | $ Payment/Months 385.00 | 15,520.00 |
| Name and address of Bank, S&L, or Credit Union BANK OF AMERICA Acct. no. 474476003923 X158 | | 472,249.66 | Name and address of Company: WASHMTL/PROV POB 660500 DALLAS, TX 75266 Acct. no. 8000000699 | $ Payment/Months 113.00 | 2,497.00 |
| Name and address of Bank, S&L, or Credit Union Acct. no. | | | Name and address of Company: BK OF AMER PO BOX 1598 NORFOLK, VA 23501 Acct. no. 4655 | $ Payment/Months 100.00 | 2,213.00 |
| Name and address of Bank, S&L, or Credit Union Acct. no. | | | Name and address of Company: CHASE BANK ONE CARD SERV WESTERVILLE, OH 43081 Acct. no. 426584110285 | $ Payment/Months 67.00 | 883.00 |
| Stocks & Bonds (Company name/number & description) | | | Name and address of Company Acct. no. | $ Payment/Months | |
| Life Insurance net cash value Face amount: $ | | | Name and address of Company Acct. no. | $ Payment/Months | |
| Subtotal Liquid Assets | | 472,249.66 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | | | Name and address of Company Acct. no. | $ Payment/Months | |
| Vested interest in retirement fund | | | | | |
| Net worth of business(es) owned (attach financial statement) | | | | | |
| Automobiles owned (make and year) | | | Alimony/Child Support/Separate Maintenance Payments Owed to: | 0.00 | |
| Other Assets (itemize) | | | Job-Related Expense (child care, union dues, etc.) | 0.00 0.00 | |
| | | | Total Monthly Payments | 666.00 | |
| Total Assets a. | | 472,249.00 | Net Worth (a minus b) | 451,036.00 Total Liabilities b. | 21,213.00 |

Freddie Mac 05 07/05
HECTOR CORZO
1003 Page 2 of 4 - Enc. Impress from Ellie Mae / www.elliemae.com
Page 2 of 4
Fannie Mae Form 1003 07/05

PAGE 12/13 * RCVD AT 6/13/21 07 9:17:45 PM [Central Daylight Time] * SVR:FAXRDAL024/22 * DNIS:5296 * CSID:9787695233 * DURATION (mm-ss):06-12

F

JPMC7991-00004

Jun-22-2007 03:26pm From- T-766 P.016/016 F-838

06/13/2007 09:17 9787695233 PAGE 13/13

# GORDON LENDING CORPORATION

## VI: ASSETS AND LIABILITIES (cont.)

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, P if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| Totals | | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

Alternate Name | Creditor Name | Account Number

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase Price | 1,500,000.00 |
| b. Alterations, improvements, repairs | 0.00 |
| c. Land (if acquired separately) | 0.00 |
| d. Refinance (incl. debts to be paid off) | |
| e. Estimated prepaid items | |
| f. Estimated closing costs | |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 1,500,000.00 |
| j. Subordinate financing | 1,280,000.00 |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| PaidChangesInGFE | 0.00 |
| New First Mortgage | 1,280,000.00 |
| CC from 1st | -16,707.62 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 159,840.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 159,840.00 |
| p. Cash from / to Borrower (subtract j, k, l & o from i) | -1,104,132.38 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | ☐ | ☒ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☒ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☒ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☒ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ | ☒ | ☐ | ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond or loan guarantee? | ☐ | ☒ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☒ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☒ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☒ | ☐ | ☐ |
| j. Are you a U.S. citizen? | ☒ | ☐ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☐ | ☒ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? | ☒ | ☐ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☐ | ☒ | ☐ | ☐ |
| (1) What type of property did you own – principal residence (PR), second home (SH), or investment property (IP)? | | | | |
| (2) How did you hold title to the home – solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

[acknowledgement paragraph]

Borrower's Signature X [signature] Date 6/25/07  Co-Borrower's Signature Date

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER ☒ I do not wish to furnish this information |
|---|---|---|
| Ethnicity: | ☒ Hispanic or Latino ☐ Not Hispanic or Latino | Ethnicity: ☐ Hispanic or Latino ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☐ White | Race: ☐ American Indian or Alaska native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☒ White |
| Sex: | ☐ Female ☒ Male | Sex: ☐ Female ☒ Male |

To be Completed by Interviewer
This application was taken by:
☐ Face-to-face interview
☐ Mail
☐ Telephone
☒ Internet

Interviewer's Name (print or type): Galen Erickson
Interviewer's Signature       Date
Interviewer's Phone Number (incl. area code): 614-336-4133

Name and Address of Interviewer's Employer:
GORDON LENDING CORPORATION
525 Metro Place N SUITE 200
DUBLIN, OH 43017
(P) (614) 336-4133
(F) (614) 336-4135

Freddie Mac 65 07/05     Page 3 of 4     Fannie Mae Form 1003 07/05
HCOTART CORZO
1003 Page 3 00/05 – Encompass™ from Ellie Mae – www.elliemae.com

PAGE 13/13 * RCVD AT 6/13/2007 9:17:45 PM [Central Daylight Time] * SVR:FAXWDAL024/22 * DNIS:5296 * CSID:9787695233 * DURATION (mm-ss):08-12

JPMC7991-00005