U.S.A. v Mostelac - Marco Luareti

| No. | Borrower | Loan # | Date | Lender (FDIC-R) | Loan Amount | Collateral | Amount of Damages per FDIC (a) | Unpaid balance (b)* | Expenses ( c)* | Unpaid Balance plus Expenses(d)* |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) | Felix Mostelac | 3011904368 | 6/8/2007 | Washington Mutual Bank | $4,225,000 | 1800 Sunset Harbor Drive #TS-3, Miami Beach, FL | $2,729,087 | $2,629,199 | $3,507 | $2,632,706 |
| (2) | Hector Corzo | 3014001618 | 6/25/2007 | Washington Mutual Bank | $1,280,000 | 45 Hendricks Isle Unit 2B, Fort Lauderdale, FL | $1,009,886 | $852,776 | $111,686 | $964,462 |
| (3) | Hector Corzo | 774267991 | 6/25/2007 | Washington Mutual Bank | $159,840 | 45 Hendricks Isle Unit 2B, Fort Lauderdale, FL | | $158,523 | $0 | $158,523 |
| (4) | Jorge De La Cruz | 3013895077 | 6/26/2007 | Washington Mutual Bank | $1,500,000 | 45 Hendricks Isle Unit 3D, Fort Lauderdale, FL | $1,248,541 | $1,035,038 | $170,475 | $1,205,513 |
| (5) | Marco Laureti | 3013962844 | 7/18/2007 | Washington Mutual Bank | $5,175,000 | 205 East San Marino Drive, Miami Beach, FL | $2,307,085 | $1,663,145 | $442,711 | $2,105,856 |
| (6) | Eneida Ramirez | 3014121523 | 7/20/2007 | Washington Mutual Bank | $3,040,000 | 45 Hendricks Isle Unit PH-F, Fort Lauderdale, FL | $2,504,064 | $2,244,098 | $167,823 | $2,411,921 |
| (7) | Pedro Melian | 3014322279 | 8/6/2007 | Washington Mutual Bank | $1,680,000 | 45 Hendricks Isle Unit 4D, Fort Lauderdale, FL | $1,313,555 | $1,178,966 | $81,329 | $1,260,295 |
| (8) | Pedro Melian | 777574120 | 8/6/2007 | Washington Mutual Bank | $209,800 | 45 Hendricks Isle Unit 4D, Fort Lauderdale, FL | | $209,565 | $0 | $209,565 |
| (9) | Alain Sanz | 3014481364 | 9/10/2007 | Washington Mutual Bank | $1,680,000 | 112 Homeport Drive, Palm Harbor, FL | $1,318,154 | $1,200,393 | $77,896 | $1,278,289 |
| | | | | | | Losses, including Mostelac loan | $12,430,372 | $11,171,703 | $1,055,427 | $12,227,130 |
| | | | | | | Amount attributed to Mostelac loan | -$2,729,087 | -$2,629,199 | | -$2,632,706 |
| | | | | | | Losses, excluding Mostelac loan | $9,701,285 | $8,542,504 | | $9,594,424 |

Notes:

(a) Represents figures reported by Chase, and certified by FDIC. The balances include 3 concepts: final unpaid principal balance ( which includes unpaid principal balance and the amount corresponding to negative amortization option); escrow advances balance; and corporate advances balance . FDIC did not include the 2nd loans for Corzo and Melian.

(b) Represents the final unpaid principal balance, less the negative amortization option. Does not consider the amount of expenses paid by Chase.

( c) Represents the expenses paid by Chase (identified by Chase as total net escrow and total corporate advances.)

(d) Represents the unpaid principal balance ( excluding negative amortization), and expenses incurred by Chase.

* computations include figures for Corzo 2nd loan and Melian 2nd loan, as reported by Chase.

**U.S.A. v Mostelac - Marco Luareti**
**CASE 0:16-CR-60340**

**FDIC-R Washington Mutual Bank**
**Confirmed Losses (Per FBI Files)**

| No. | Borrower | Loan # | Date | Lender (FDIC-R) | Loan Amount | Collateral | Damages |
|-----|----------|--------|------|-----------------|-------------|------------|---------|
| (1) | Felix Mostelac | 3011904368 | 6/8/2007 | Washington Mutual Bank | $4,225,000 | 1800 Sunset Harbor Drive #TS-3, Miami Beach, FL | $2,729,087 |
| (2) | Hector Corzo | 3014001618 | 6/25/2007 | Washington Mutual Bank | $1,280,000 | 45 Hendricks Isle Unit 2B, Fort Lauderdale, FL | $1,009,886 |
| (3) | Jorge De La Cruz | 3013895077 | 6/26/2007 | Washington Mutual Bank | $1,500,000 | 45 Hendricks Isle Unit 3D, Fort Lauderdale, FL | $1,248,541 |
| (4) | Marco Laureti | 3013962844 | 7/18/2007 | Washington Mutual Bank | $5,175,000 | 205 East San Marino Drive, Miami Beach, FL | $2,307,085 |
| (5) | Eneida Ramirez | 3014121523 | 7/20/2007 | Washington Mutual Bank | $3,040,000 | 45 Hendricks Isle Unit PH-F, Fort Lauderdale, FL | $2,504,064 |
| (6) | Pedro Melian | 3014322279 | 8/6/2007 | Washington Mutual Bank | $1,680,000 | 45 Hendricks Isle Unit 4D, Fort Lauderdale, FL | $1,313,555 |
| (7) | Alain Sanz | 3014481364 | 9/10/2007 | Washington Mutual Bank | $1,680,000 | 112 Homeport Drive, Palm Harbor, FL | $1,318,154 |
| | | | | | $18,580,000 | | $12,430,372 |

## INVENTORY LISTING

**CHASE FILE NO.: SB612261-F1**

Customer Name: Hector Corzo
**Account No.: 3014001618**
Request Type: Mortgage Loss Figures

**Account No.: 0774267991**
Request Type: Mortgage Loss Figures

Customer Name: Jorge Delacruz
**Account No.: 3013895077**
Request Type: Mortgage Loss Figures

Customer Name: Marco Laureti
**Account No.: 3013962844**
Request Type: Mortgage Loss Figures

Customer Name: Eneida Ramirez
**Account No.: 3014121523**
Request Type: Mortgage Loss Figures

Customer Name: Pedro Melian
**Account No.: 3014322279**
Request Type: Mortgage Loss Figures

**Account No.: 0777574120**
Request Type: Mortgage Loss Figures

Request Type: Restitution Address
Comment: FDIC as Receiver for Washington Mutual, FDIC Restitutions, PO Box
971774, Dallas TX 75397-1774

Copies of items $1.00 or less have not been provided

JPMC LOSS-00002

**Loan # 3014001618**
**Customer: Corzo, Hector**

**City, State: Fort Lauderdale, FL**
**Seller's Settlement**

|  | HUD 1 |
|---|---|
| Sales Price | 465,000 |
| Taxes & HOA | 1,930 |
| County Taxes | (1,061) |
| Commission & Fees | (27,900) |
| Title Services | (250) |
| Settlement Fee | (555) |
| Title Insurance | (2,400) |
| Transfer Tax | (3,255) |
| Lien Search | (225) |
| Special Assessment | (4,153) |
| Association Dues | (2,807) |
| Association Late Fees | (150) |
| Net Proceeds to Chase | 424,174 |

|  |  | Sales Proceeds | MI Proceeds | Loss to Chase |
|---|---|---|---|---|
| Mortgage at Origination | 1,280,000 |  |  |  |
| Less Payments for Principal | (3,050) |  |  |  |
| Net Unpaid Principal Balance | 1,276,950 |  |  |  |
| Negative amortization of Option ARM | 45,423 |  |  |  |
| Final Unpaid Principal Balance | 1,322,373 | (424,174) |  | 898,200 |
|  |  |  |  |  |
| ** Advances by Chase for: |  |  |  |  |
| Taxes | 40,720 |  |  | 40,720 |
| Hazard | 55,690 |  |  | 55,690 |
| Escrow Payments From Borrower | - |  |  | - |
| Escrow Advance Refund | - |  |  | - |
| Escrow Interest | - |  |  | - |
|  | - |  |  | - |
|  | - |  |  | - |
| **Total Net Escrow** | **96,410** |  |  | **96,410** |
|  |  |  |  |  |
| Bankruptcy Fee/Costs | - |  |  | - |
| Eviction | - |  |  | - |
| Foreclosure Fees /Costs/Attorneys | 3,103 |  |  | 3,103 |
| Property Preservation & Restoration | 1,875 |  |  | 1,875 |
| Appraisal/BPO | 1,145 |  |  | 1,145 |
| HOA | 9,051 |  |  | 9,051 |
| Utilities | 103 |  |  | 103 |
| Other | - |  |  | - |
| Attorney Refunds | - |  |  | - |
| **Total Corporate Advances, Invoices to be supplied on request** | **15,276** |  |  | **15,276** |

| **Net Loss to Chase** |  |  |  | **1,009,886** |
|---|---|---|---|---|

JPMC LOSS-00003

JPMC LOSS-00004

```
VSXV2                        VIEW BANKRUPTCY SUMMARY                    01100
                                                      P        158,522.83
 ACCOUNT NUMBER . 0774267991_____ +        O         13,682.05
  CORZO,HECTOR                                        I         22,981.69
  035 00 999 L B - - 0001282160 DOJ F 01/14/2013      C               .00
  REFR: SSA771101287 SSB000000000    CLTR: 1099BK  BAL :        195,186.57
  AGCY: RSIF   01/14/2013  LNOT: 01/18/2013  CBI ORIG: 0774267991
 MCAL: MA  01/15/2013      LPAY: 07/16/2008  1,485.04   06/25/2007
                           LLTR:                        159,840.00
 PSCH:                        COFF: 02/18/2009       164,680.82
 DEBTOR INFORMATION
  NAME: CORZO,HECTOR
  TRST: BARRY E MUKAMAL
  TELE: 305-377-8331              CASE NO: 0934209
  CHPT: 07   ID: 52                  D/ST: FL
  COLA:
  FILE: 11/03/2009   PCLM: 02/08/2010   FMTG: 12/10/2009   DISC: 02/09/2010
  REAF:              RELF:              DISM:
  PSCH:       DT:              AMT:        .00
  REINSTATED                    PRV BK CD
                                CURR CONV


 COMMAND ===> ___
 PF1=HELP PF3=EXIT PF4=PROMPT PF5=PREV PF6=NEXT PF9=RETRIEVE PF12=CANCEL
_____
 Date: 02-23-2015 Time: 10:49:33.85
```

JPMC LOSS-00005

JPMC LOSS-00006

**Loan # 3013895077**
**Customer: DeLacruz, Jorge**

**City, State: Fort Lauderdale, FL**
**Seller's Settlement**

|  | HUD 1 |
| --- | --- |
| Sales Price | 529,000 |
| Cash from Seller | 63 |
| Commission | (24,000) |
| Settlement Fee | (1,000) |
| Title Search | (275) |
| State Tax Stamps | (3,675) |
| Condo Assoc | (16,653) |
| Tax Lien | (21,191) |
| Net Proceeds to Chase | 462,269 |

|  |  | Sales Proceeds | MI Proceeds | Loss to Chase |
| --- | --- | --- | --- | --- |
| Mortgage at Origination | 1,500,000 |  |  |  |
| Less Payments for Principal | (2,693) |  |  |  |
| Net Unpaid Principal Balance | 1,497,307 |  |  |  |
| Negative amortization of Option ARM | 43,028 |  |  |  |
| Final Unpaid Principal Balance | 1,540,335 | (462,269) |  | 1,078,066 |
| | | | | |
| ** Advances by Chase for: | | | | |
| Taxes | 69,212 | | | 69,212 |
| Hazard | 95,619 | | | 95,619 |
| | - | | | - |
| | - | | | - |
| | - | | | - |
| **Total Net Escrow** | **164,831** | | | **164,831** |
| | | | | |
| Bankruptcy Fee/Costs | - | | | - |
| Eviction | - | | | - |
| Foreclosure Fees /Costs/Attorneys | 4,546 | | | 4,546 |
| Property Preservation & Restoration | - | | | - |
| Appraisal/BPO | 1,140 | | | 1,140 |
| HOA | - | | | - |
| Utilities | - | | | - |
| Other | (42) | | | (42) |
| Attorney Refunds | - | | | - |
| **Total Corporate Advances, Invoices to be supplied on request** | **5,644** | | | **5,644** |

**Net Loss to Chase**                                                 **1,248,541**

JPMC LOSS-00007

JPMC LOSS-00008

Loan # 3013962844
Customer: Laureti, Marco

City, State: Miami Beach, FL
Seller's Settlement

| | | HUD 1 | | |
|---|---|---|---|---|
| Sales Price (Note Sale) | | 3,500,000 | | |
| | | - | | |
| Net Proceeds to Chase | | 3,500,000 | | |

| | | Sales Proceeds | MI Proceeds | Loss to Chase |
|---|---|---|---|---|
| Mortgage at Origination | 5,175,000 | | | |
| Less Payments for Principal | (11,855) | | | |
| Net Unpaid Principal Balance | 5,163,145 | | | |
| Negative amortization of Option ARM | 201,229 | | | |
| Final Unpaid Principal Balance | 5,364,373 | (3,500,000) | | 1,864,373 |
| | | | | |
| ** Advances by Chase for: | | | | |
| Taxes | 457,094 | | | 457,094 |
| Hazard | 169,643 | | | 169,643 |
| Property Tax Refund | (101,024) | | | (101,024) |
| Hazard Insurance Refund | (75,458) | | | (75,458) |
| Additional Adjustments | (19,337) | | | (19,337) |
| | - | | | - |
| | - | | | - |
| Total Net Escrow | 430,916 | | | 430,916 |
| | | | | |
| Bankruptcy Fee/Costs | - | | | - |
| Eviction | - | | | - |
| Foreclosure Fees /Costs/Attorneys | 6,232 | | | 6,232 |
| Property Preservation & Restoration | - | | | - |
| Appraisal/BPO | 4,472 | | | 4,472 |
| HOA | - | | | - |
| Utilities | - | | | - |
| Attorney Fees | 875 | | | 875 |
| Other | 216 | | | 216 |
| Total Corporate Advances, Invoices to be supplied on request | 11,795 | | | 11,795 |
| | | | | |
| Net Loss to Chase | | | | 2,307,085 |

JPMC LOSS-00009

JPMC LOSS-00010

**Loan # 3014121523**
**Customer: Ramirez, Eneida**

**City, State: Fort Lauderdale, FL**
**Seller's Settlement**

|  | HUD 1 |
|---|---|
| Sales Price | 900,000 |
| County Taxes & Condo Fees | 3,710 |
| Commissions & Referral Fees | (54,000) |
| Settlement & Title Fees | (5,425) |
| Recording Fees | (27) |
| State Tax Stamps | (6,300) |
| Courier & Wire Fees | (45) |
| Municipal Lien Search | (145) |
| Condo Association Fees & Interest | (48,894) |
| Transfer Tax and Conveyance Fee | - |
| Guarantee, Wire Fee, & Deed Recording | - |
| Home Warranty | - |
| Add'l adjustments per HUD-1 (Resale Cert & HOA Fees) | - |
| Net Proceeds to Chase | 788,875 |

|  | Sales Proceeds | MI Proceeds | Loss to Chase |
|---|---|---|---|
| Mortgage at Origination | 3,040,000 | | |
| Less Payments for Principal | (7,027) | | |
| Net Unpaid Principal Balance | 3,032,973 | | |
| Negative amortization of Option ARM | 92,142 | | |
| Final Unpaid Principal Balance | 3,125,116 | (788,875) | 2,336,241 |
| | | | |
| ** Advances by Chase for: | | | |
| Taxes | 118,127 | | 118,127 |
| Hazard | 64,892 | | 64,892 |
| Hazard Insurance Refund | (24,517) | | (24,517) |
| Escrow Refund to Borrower | - | | - |
| Escrow Interest | - | | - |
| | - | | |
| **Total Net Escrow** | 158,502 | | 158,502 |
| | | | |
| Bankruptcy Fee/Costs | - | | - |
| Eviction | - | | - |
| Foreclosure Fees /Costs/Attorneys | 3,116 | | 3,116 |
| Property Preservation & Restoration | 1,750 | | 1,750 |
| Appraisal/BPO | 2,648 | | 2,648 |
| HOA | - | | - |
| Utilities | 192 | | 192 |
| Other | 1,615 | | 1,615 |
| Attorney Refunds | - | | - |
| **Total Corporate Advances, Invoices to be supplied on request** | 9,321 | | 9,321 |
| | | | |
| **Net Loss to Chase** | | | 2,504,064 |

JPMC LOSS-00011

JPMC LOSS-00012

**Loan # 3014322279**
**Customer: Melian, Pedro**

**City, State: Fort Lauderdale, FL**
**Seller's Settlement**

|  | | HUD 1 | | |
|---|---|---|---|---|
| Sales Price | | 563,440 | | |
| Less Expenses | | (66,285) | | |
| | | - | | |
| Net Proceeds to Chase | | 497,155 | | |

| | | Sales Proceeds | MI Proceeds | Loss to Chase |
|---|---|---|---|---|
| Mortgage at Origination | 1,680,000 | | | |
| Less Payments for Principal | (3,879) | | | |
| Net Unpaid Principal Balance | 1,676,121 | | | |
| Negative amortization of Option ARM | 53,260 | | | |
| Final Unpaid Principal Balance | 1,729,381 | (497,155) | | 1,232,226 |
| | | | | |
| ** Advances by Chase for: | | | | |
| Taxes | 53,987 | | | 53,987 |
| Hazard | 20,933 | | | 20,933 |
| Tax Refund | - | | | - |
| Escrow Refund to Borrower | - | | | - |
| Escrow Interest | - | | | - |
| | - | | | - |
| | - | | | - |
| **Total Net Escrow** | 74,920 | | | 74,920 |
| | | | | |
| Bankruptcy Fee/Costs | - | | | - |
| Eviction | - | | | - |
| Foreclosure Fees /Costs/Attorneys | 3,059 | | | 3,059 |
| Property Preservation & Restoration | 2,000 | | | 2,000 |
| Appraisal/BPO | 1,145 | | | 1,145 |
| HOA | - | | | - |
| Utilities | 145 | | | 145 |
| Other | 60 | | | 60 |
| Attorney Refunds | - | | | - |
| **Total Corporate Advances, Invoices to be supplied on request** | 6,409 | | | 6,409 |
| | | | | |
| **Net Loss to Chase** | | | | 1,313,555 |

JPMC LOSS-00013

JPMC LOSS-00014

```
VSXV1                               VIEW SUMMARY                            01100
                                                            P        209,565.16
ACCOUNT NUMBER . 0777574120_____ +               O          7,597.80
  MELIAN,PEDRO                                   GA         I         12,126.07
  033 01 999 L - - - 0001282160 DOJ F 01/11/2013            C            215.00
  REFR: SSA593591511 SSB000000000    CLTR: 109912  BAL :            229,504.03
  AGCY: RSIF   12/31/2012    LNOT: 02/05/2013  ARD ORIG: 0777574120
 MCAL: MA  02/06/2013        LPAY: 03/27/2009    234.52  08/06/2007
                             LLTR:                                 209,800.00
 PSCH:                             COFF: 03/10/2009         217,474.23
DEBTOR ADDRESS:              SUPP DEBTOR:
     754 W 44TH PL
     HIALEAH              FL 33012-3859
TEL: (305) 320-1045  B:                  T:               B:
  NOTES -------------------- MORE:  +    COMMENTS:
        12/07/2014  ?%RCV   002 NOTES FOR ACCT SEN
           T TO SAR ON 12/07/14                    PMTS 00012 NSF 000
        09/07/2014  ?%RCV   005 NOTES FOR ACCT SEN
           T TO SAR ON 09/07/14
     INV ID                      OWNED/SRVD Z50   N
     PRE-CO PMT         708.14   OLD DUE DT 10/06/2008

COMMAND ===> ___
PF1=HELP PF3=EXIT PF4=PROMPT PF5=PREV PF6=NEXT PF9=RETRIEVE PF12=CANCEL
```

Date: 02-23-2015 Time: 10:37:07.94

JPMC LOSS-00015

## INVENTORY LISTING

### CHASE FILE NO.: SB645939-F1

Customer Name: Felix Mostelac
Account No.: 00000000003011904368
Request Type: Loss Figures

Unable to locate additional records responsive to the subpoena and/or request with the information provided.

Copies of items $1.00 or less have not been provided

**Loan # 3011904368**
**Customer: Mostelac, Felix**

**City, State: Miami Beach, FL**
**Seller's Settlement**

|  | **HUD 1** |
| --- | --- |
| Sales Price | 1,700,000 |
| Prorated Taxes | 3,934 |
| Commissions, Taxes & Closing Costs | (183,989) |
| Net Proceeds to Chase | 1,519,945 |

|  | **Sales Proceeds** | **MI Proceeds** | **Loss to Chase** |
| --- | --- | --- | --- |
| Mortgage at Origination | 4,225,000 | - |  |
| Negative amortization of Option ARM | 96,381 |  |  |
| Net Unpaid Principal Balance | 4,321,381 |  |  |
| Principal Curtailment | (75,856) |  |  |
| Final Unpaid Principal Balance | 4,245,525 | (1,519,945) | 2,725,580 |
| **\*\* Escrow Advance Balance for:** |  |  |  |
| Taxes, Insurance, MI (if applicable) | - |  | - |
| **Total Net Escrow** | - |  | - |
| Corporate Advance Balance for: |  |  |  |
| Foreclosure Fees /Costs/Attorneys | $2,356.50 |  | 2,357 |
| Property Preservation & Other Expenses | $1,150.00 |  | 1,150 |
| Bankruptcy Fee/Costs | - |  | - |
| **Total Corporate Advances, Invoices to be supplied on request** | 3,507 |  | 3,507 |

**Net Loss to Chase**                                    2,729,087

JPMC LOSS-00017

**TRANSCRIPT FOR:**  Purchased Accrued Interest, single interest rate loans.

**ENTER Interest Rate->** `6.000%`  DONE BY: `DGD`

**Bank Participation %** `90.000%`  (Don't forget to pay the Bank!)

PURPOSE of Transcript:

## TRANSCRIPT OF ACCOUNT

NAME

**Laureti Holdings Company**

**SBA**  U. S. Small Business Administration
PO Box 259
Denver, CO 80259

| LOAN NUMBER | INTEREST RATE | SERVICING OFFICE | DATE |
|---|---|---|---|
| **3443935002** | 6.000% | | 19-Jan-18 |

| TRANSACTION DATE | INTEREST DAYS | DISBURS. / CPC (REFUND) | REMITTANCE | APPLICATION OF REMITTANCE | | | | BALANCES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PRINCIPAL | INTEREST | ACCR. INTEREST | PURCH. ACC. INT. | PRINCIPAL | ACCR. INTEREST | PURCHASED INTR. |
| 06/27/13 | | | | | | | | $1,155,289.31 | $0.00 | $31,211.12 |
| 03/05/15 | 616 | | $50,000.34 | $50,000.34 | $0.00 | $0.00 | $0.00 | 1,105,288.97 | 116,984.91 | 31,211.12 |
| 04/28/15 | 54 | | 640,295.00 | 640,295.00 | 0.00 | 0.00 | 0.00 | 464,993.97 | 126,796.24 | 31,211.12 |
| 04/28/15 | 0 | 228,592.21 | | 0.00 | 0.00 | 0.00 | 0.00 | 693,586.18 | 126,796.24 | 31,211.12 |
| 03/10/16 | 317 | | 7,513.32 | 7,513.32 | 0.00 | 0.00 | 0.00 | 686,072.86 | 162,938.73 | 31,211.12 |
| 03/24/16 | 14 | | | 0.00 | 0.00 | 0.00 | 0.00 | 686,072.86 | 164,517.64 | 31,211.12 |
| 01/19/18 | 666 | | | 0.00 | 0.00 | 0.00 | 0.00 | 686,072.86 | 239,628.52 | 31,211.12 |
| 01/20/18 | 1 | DAILY INTS | | 0.00 | 0.00 | 0.00 | 0.00 | 686,072.86 | 239,741.30 | 31,211.12 |
| TOTALS | | $228,592.21 | $697,808.66 | $697,808.66 | $0.00 | $0.00 | $0.00 | $686,072.86 | $239,741.30 | $31,211.12 |

LISTED ABOVE IS A TRANSCRIPT OF ACCOUNT AS OF THE DATES INDICATED, TAKEN FROM THE RECORDS OF THIS AGENCY.

| AUTHORIZED SIGNATURE | DATE |
|---|---|
| | |

SBA FORM 466 (11-95) SOP 20 22 1