Honorable James I. Cohn
299 East Broward Blvd.
Courtroom 203E
Ft. Lauderdale, Florida 33301

January 16, 2018

**Re: United States v. Marco Laureti, Case Number 16-60340-CR**

Dear Judge Cohn:

I am a Florida licensed attorney since 2007, and a shareholder of the law firm, Carlton Fields.

I write to Your Honor to request leniency when sentencing my friend, Marco Laureti, in the above-matter, on January 25, 2018.

Marco is a good person, a dedicated, caring, and affectionate father of three minor children, and a positive contributor to society. I therefore respectfully request Your Honor focus on rehabilitating Marco, rather than punishing him, so he can use his intellect and good nature to redeem himself and benefit the community. Marco is a first time, non-violent, offender and it would be a waste of federal resources, and a great loss to us all, for him to be incarcerated longer than necessary.

I met Marco *circa* 2014, when he became the manager of an existing corporate client. I have worked with him on several projects over the years, and know him, professionally and personally, as an honest, trustworthy, intelligent, and caring individual.

In all of my interactions with Marco, he has demonstrated an intent, and made a conscious effort, to do right by others. Marco is a man of principal, with strong moral values. Marco believes in honesty and integrity, and teaches these values to his children. Because of his adherence to these values, Marco refused to take a plea, and demanded the government prove its case at trial (despite the weight of evidence, and advice of professionals).

Understanding the government incurred tremendous expense, and undertook great effort, to secure a guilty verdict against Marco, Your Honor will undoubtedly be hard-pressed to render a longer and more punishing sentence. However, such a sentence is not in anyone's interest, and Marco should not suffer a more severe sentence because the government had to prove its case against him.

I understand the individuals that perpetrated the crimes Marco has been convicted of conspiring to commit (including the straw buyers, the title agent and mortgage broker that submitted fraudulent documents to the bank, and the true orchestrator mastermind of the scheme, Felix Mostelac) were either not charged, or received sentences ranging from probation up to 25 months. As a matter of justice and fairness, the Court should consider a similar sentence for Marco, with the opportunity for probation and community service, so he can rejoin his young children, and contribute positively to them and society.



I attended portions of the trial in support of Marco, and the Marco I know is not the person he was made out to be by the prosecutors and self-interested witnesses. In my humble opinion, if Marco had done the crime, he would have admitted it and done his time. His refusal to admit to something he truly believes he did not do, speaks volumes of his character. I honestly believe Marco is in this situation because he (1) was a poor judge of character and did business with people that took advantage of his trust and honesty, and (2) refused to accept a plea deal that required his confession to crimes he adamantly believes he did not commit.

I continue to stand-by Marco, and pray Your Honor renders a sentence that provides him the opportunity to be rehabilitated, and rejoin and contribute positively to his family, friends, and society.

Respectfully submitted,

*Ilan A. Nieuchowicz*

Ilan A. Nieuchowicz
8217 Lawson Bridge Lane
Delray Beach, Florida 33446
ilannuko@gmail.com

Federico Laureti
1800 N. Bayshore Dr.
Apt. 2015
Miami, FL 33132

January 16, 2018

Honorable James I. Cohn
299 East Broward Blvd.
Courtroom 203E
Ft. Laurderdale, Florida 33101

**Re: United States v. Marco A. Laureti**
**Case Noumber 16-60340-CR**

Dear Judge Cohn:

I am writing to you as concerning the sentecing of Marco A. Laureti. I understand that he will be appearing before your Honor on January 25, 2018 at 9:30am. As his brother, I am wrirting to you with the hope that I may provide an insight on his character before you decide on the appropriate punishment regarding his case. From what I understand about his case, Marco had purchased two properties, a condo in Ft. Lauderdale for his then father in law (Jorge de La Cruz) and a house in Miami Beach for his family. I also understand that apparently Marco had overstated his income and that of his ex-father in law.

I have also come to learn from this case is that Marco had entered into a business deal with Felix Mostelac to share an option to purchase 3 units at 45 Hendricks Isle and that Felix Mostelac suppplied 3 purchasrs for the 3 properties, but those purchasers turned out to be "straw" buyers. The buyers admitted to being straw buyers at Marco's trial. Because of the crash of 2008 the properties lost their fair market value and all 5 properties were sold as short sale or foreclosed which resulted in the financing bank losing over $7million. I understand the facts of this case and the severerity of his situation.

You Honor, having known Marco all my life, I was shocked to come to learn about the situation he is currently facing since the person I know is good hearted, hard working, and empathetic. I know he would have never knowningly have accepted to be involved in this type of business deal that he is being accused of which would negatively affect others.

In fact, I would like to give you an example of Marco's empathetic nature. When we were in college, we would drive through Venetian Causeway to go to school and there was a homeless man who was always dirty and shirtless. He would walk up and down Venetian Causeway every day and even sometimes at night. If Marco had some food, or money he would give it to the shirtless man. I asked him why he did that all the time and he told me that you never know where life takes you and that maybe the man had a normal life like us, but and now has a hard life and if that ever happened to him he would hope that someone did the same for him. This is an example of not only his empathetic nature, but his selfless nature. To help others.

This is the person I know, and grew up with, and this is why I was shocked to learn about of this situation. Therefore, I ask for your Honor's mercy during sentencing to be less than 60 months.

I thank you for your time.

Respectfully,

Federico Laureti

Herminia Laureti
7135 Collins Avenue
Apt. 1425
Miami Beach, FL 33141

January 16, 2018

Honorable James I. Cohn
299 East Broward Blvd.
Courtroom 203E
Ft. Laurderdale, Florida 33101

Re: United States v. Marco A. Laureti
Case Noumber 16-60340-CR

Dear Judge Cohn:

I am writing to you as concerning the sentecing of Marco A. Laureti. I understand that he will be appearing before your Honor on January 25, 2018 at 9:30am.

As his mother, I am wrirting to you with the hope that I may provide you some information about his character before you decide on the appropriate punishment regarding his case.

You Honor, as Marco's mother, I was shocked to come to learn about the situation he is currently facing. I learned that he bought 2 properties where his income and that of his ex father in law were overstated and that he was involved in a deal involving 3 other properties with Felix Mustelac who presented straw buyers without Marco's knowledge. In fact, the buyers admitted this during Marco's trial. These deals caused a loss of 7 million dollars for the banks that financed the properties during the crash of 2008.

My son, Marco, has always been there for his father and myself. In fact, when my husband suffered a stroke in 2013, it was he who spent a week at his father's bedside and helped him and me throughout this difficult time. He exhibited patience and understanding. He went so far as to help the nurses bathe his father every day. He was also there when his father was in hospice during the remaining days of his life. After Marco's father passed, Marco has been my companion and caretaker. He always took me to my doctors appointments, grocery shoping and to make sure I was well and always had food in the house. At my 83 years old, I cannot drive and am of frail health so his help has been very important to me.

Therefore, I ask for your Honor's mercy during sentencing to be less than 60 months as he is regretful of having any hardships that his business dealings may have caused.

Respectfully,

*Herminia Laureti*

Herminia Laureti

Cristina Liviero

8863 SW 96 Avenue

Miami, Florida 33176

Honorable James I Cohn

299 East Broward Bld

Courtroom 203E

Ft. Lauderdale, Florida 33301

**Re: United States v. Marco Laureti**

**Case Number 16-60340-CR**

Dear Judge Cohn:

I am writing to you with great concern regarding the sentencing of Mr. Marco Laureti. I understand that Marco will be before your Honor to receive his sentence on January 25, 2018 at 9:30 am. I am writing to you with the trust that I may tell you about the person that Marco is before you decide the appropriate punishment in this case. I understand that in 2007, Marco purchased a home for himself and condominium for his then father in law, Jorge De La Cruz. I have learned that the loan application for each of these properties overstated income details and assets.

I have also learned that Marco entered a business deal with Felix Mostelac to share an option to purchase three units at 45 Hendricks Isle from the developer Luis D'Agostino. I understand that Mr. Mostelac supplied three purchasers for these properties. These three individuals stated that they were straw buyers at Marco's trial. Ultimately, the real estate crash of 2008 hit and all five of these properties were either sold in a short sale or foreclosed. The bank lost a great deal of money because the fair market value of the properties had fallen and they had to be sold at low prices. I have stated these facts to show that I am aware of the severity of the situation. Your honor, with that said, I can promise you that Marco's intentions were not to cheat, steal or do anything unlawful.

Your honor, I am extremely surprised and can guarantee that Marco would knowingly be involved with straw buyers or filing inaccurate loan applications. However, the jury rendered its verdict and that decision must be followed. Before you make your decision as to Marco's sentence I would like to share with you a bit about him and his character. Marco is a loving, devoted and responsible father to three small children. Marco is a caring son to his elderly mother. He is compassionate. He is just and always strives to do the right thing. He has never had any problems with the law.

I would like to give you some specific examples of the character of Marco. I have witnessed Marco go out of his way to help a friend in need several times. He is always helping others better themselves and lifting people when they have needed his help. I remember a specific time where a friend of his, a father with 2 children, was in a desperate financial strain and Marco helped him find a job and offered him help until he could get back on his feet. I also remember another time that Marco offered to pay for dinner to large homeless group to ensure they had a warm meal. Marco's greatest satisfaction is to help people, share his talents and inspire others. He is generous with his time, talent, treasure, and self. He never expects anything in return. He is a man of God and I assure he is always striving to do the right thing.

Your honor, I plea with you to take this information into consideration when considering the time he will be away from his children and elderly mother. Please have mercy on him. He is a good and honorable man that made a mistake. I pray that he does not receive a sentence of more than 60 months. That is a long time. I pray that he will see his children grow and graduate from school. They need him so much, your honor. I am confident that Marco had only the best intentions to conduct an honorable business transaction and did not know that the 2008 crash was going to occur and the bank was going to lose so much money.

Respectfully,

Cristina Liviero

Lisa Blake
888 Biscayne Blvd
Miami, Fl 33132

January 17, 2018

Honorable James I. Cohn
299 East Broward Blvd.
Courtroom 203E
Ft. Lauderdale, Florida 33301

Re: United States v. Marco Laureti
Case Number: 16-60340-CR

Dear Judge Cohn:

Thank you for taking the time to read this letter and receive additional perspective on Mr. Marco Laureti's values and the type of person that others know him to be. I understand that Marco will stand before your Honor to receive his sentence on January 25, 2018 at 9:30am.

I understand that this is due to happenings that occured in 2007 where Marco purchased a home for himself and family as well as a condo for his father-in-law. I have also read that the loan application falsified and over embellished financial information that is needed in order to obtain a loan. I also have learned that he entered a business with a person named Felix Mostelac with whom they were suppose to help buyers successfully purchase properties. Then with the 2008 crash all of the properties were foreclosed or sold via short sale, causing the bank to lose millions of dollars. I'm aware of the gravity of this offense.

Honorable Judge Cohn, I have been friends with Marco since I was introduced to him about 3.5 years ago. The more I got to know Marco, the more I thought he was a great father, a great person and also a very good friend who I could always go to for advice. I was shocked when he told me what was happening in early 2017 and that he would be going to court later that year. During this time where he prepared for trial, Marco always held a strong conviction of his innocence and he just couldn't believe that this was happening to him. He was even more baffled at the fact that Felix Mostelac fled the country and that he was the one taking all of the blame. He really couldn't believe what he was being accused of, but he said "you know what this is a difficult situation, I don't know how this happened, I've always been a good person, but I'm not Felix and I didn't do this, I will stay here go to court and do whatever I can to prove my innocence." I believed him, and I still do. I don't know how this happened, whether he just trusted Felix as a partner too much and allowed negligence etc. But not once, in the 3.5 years that I have known Marco did he ever do anything questionable, unlawful, or even borderline wrong. He always had a good character and also always told me to cross my t's and dot my i's.

So for a man who always did the right thing by his peers, his children and his friends and always went the extra mile to even help people that he didn't know, I'm just baffled by what happened. Above everything, Marco values his children and always put them first. If he knew this was going to happen, I don't believe there is anyway that he would have allowed this to occur, not only because he is an honorable person but because he knows how much his children need him and value him in their lives. I believe he put too much trust in the wrong person/people, and didn't see this coming.

Your Honor, I hope that this sheds some light towards Marco's character and how he lived in our society. Please, please consider this letter and I pray for leniency. Thank you for your time.

Sincerely,

Lisa Blake

Jose M Vazquez
4401 NW 87th Ave
Doral, FL 33178


Honrable James I. Cohn                                          January 17, 2018

299 East Broward Blvd
Courtroom 203E
Ft Lauderdale, FL 33301


Dear Judge Cohn:

I am writing you concerning my dear friend Marco Laureti who, I understand will be before your honor on January 25, 2018 at 9:30am

   Your Honor, I am writing this letter hoping to explain to you what kind of person Marco Laureti is before you take such an important decision concerning his life and that of those who love him, especially his children and mother.

   Your Honor, I understand that Marco has been found guilty of filing inaccurate loan applications and of using straw buyers when he was a developer and this ended up causing the bank over 7 Million USD in losses once the market crashed.

   Your Honor, I Know Marco's character very well and I am certain that he did not commit those crimes. He is a great role model of a father, not just to his 3 beautiful children but to society as a whole.  He is the kind of father that so many kids wished they had;  From trips to the zoo, to playing in the sand to holding a piece of pizza for his baby daughter to eat.   His love for his children has and will always be a deciding factor.  A man who loves his children would not gamble with his life knowing he could lose years, months or even minutes of not being there for them. Marco is also a great friend, I have myself experienced much hardship in the recent years and I knew that I could count on Marco to cheer me up, and to give me hope that the future would be better if we kept working hard and smart;  And it did.    Your Honor I am not sure how much you might have sensed Marco as a person, but allow me to say that he is very smart; I'd say a brilliant business mind. A mind that does not need to turn to illegal tricks; Marco can make money, lots of money legally.

Your Honor, the jury decided and we must obey the rule of law which is to sentence Marco. I beg you to be lenient to this great man, this great friend and incredible father who I am certain never intended to hurt anyone or any institution by his actions. Us who love him do not deserve to be away from him for long either.

Respectfully,   Jose M Vazquez

*José M Vázquez* (signature)

Melanie Hyer
7130 NW 109 Ct.
Doral, FL 33178

January 16, 2018

Honorable James I. Cohn
299 East Broward Blvd.
Courtroom 203E
Ft. Lauderdale, FL 33301

RE: United States v. Marco Laureti
**Case Number 16-60340-CR**

Dear Judge Cohn:

I am writing to you on behalf of Marco Laureti. I understand he will be sentenced January 25th in your Honor's courtroom. My hope in writing this letter is for you to know a little about Marco for consideration in your ruling.

I understand the convictions against Marco are serious. I know that he has been convicted of defrauding the bank out of millions of dollars by using straw buyers for purchasing condos in a Fort Lauderdale development on Hendrix Isles. I also know that misrepresented his income in the purchase of his Miami Beach home and was paid monies at closing inappropriately that also resulted in the bank losing millions. I mention these details so you know that I am aware of the severity of the situation.

What I would like for your Honor to understand is that Marco is a family man. It breaks my heart that he will be separated from his 3 young children. Marco has always been a devoted father and very involved in their lives. He dropped the kids off for school and picked them up from school, traveling almost an hour each way. He would schedule his work meetings around being there for his kids. I believe he is an excellent father and has a deep connection with his kids. I have multiple memories of Marco and his kids (Gianna, Marco Jr & Angelina) meeting up with me. One time, all of us went to PF Changs for dinner. During the dinner Marco was educating the kids on how to behave at a restaurant while at the same time still having fun with them. Another time we all went to the beach. Marco was always with his kids! Those kids love being with their father!

I humbly ask your Honor to have mercy on Marco. His crimes were wrong and they negatively affected many people. However, there are 3 little people (Gianna, Marco Jr & Angelina) who will be negatively affected the longer they are without their father. I have known Marco since 2008 and I have watched his transition falling from the top. I believe he has already suffered a great deal from his actions in 2007. He lost his home, he lost his wife and now he will lose the most precious years of his children's youth. Your Honor, if you are a parent, I beg you to consider these three children when you sentence Marco. Please consider a sentence of 60 months or less.

Sincerely,

Melanie Hyer



Honorable James I. Cohn
299 East Broward Blvd. Courtroom 203E
Ft. Lauderdale, Florida 33301
Re: United States v. Marco Laureti
Case Number 16-60340-CR

Your Honorable Judge Cohn,

I am terribly saddened by the situation that my longtime friend has found himself in and would like to weigh in on the matter.

Marco Laureti was a Sales Associate of mine for almost 5 years back in the 90s as well as a personal friend. Over the years I visited his home on Sunset Island many times and came to know his fine family very well.

From my experience, Marco was a kind young man, very intelligent and always willing to help anybody. Unsolicited, he would constantly take my new agents under his wing and show them the best methods in the industry. These were the acts that defined Marco.

As far as his ethics were concerned, he was honest, hardworking and he followed the Real Estate Rules & Regulations to the exact letter of the law. Never did Marco as much as 'bend' a rule. Back then, even more so today, we all adhered to a very strict code of Ethics and Marco was no exception to this rule.

Effectively, our working relationship ended when he outgrew my tutelage, became a Broker of his own and opened his own shop, however our friendship remained and I have always held Marco in the highest esteem.

In consideration of the Marco that I know is an honest and decent human being, I would respectfully solicit leniency on his behalf. In my humble opinion, this mistake, or error in judgement that perhaps Marco has committed, surely should not ruin the rest of his life.

Instead of spending taxpayer dollars to incarcerate Marco our community, as well as the plaintiff in the case, could benefit from putting Marco's skills to work in a positive and constructive fashion.

Thank you kindly for your attention,

**BRICKELL INVESTMENT REALTY**

**DANIEL S. BURDAK**
*Lic. Real Estate Broker*

dan@birmiami.com fax: 1-877-832-7339 phone 305-372-0114
905 Brickell Bay Dr. Tower 2, Lobby Suite #227 Miami, FL 33131

Dear Judge Cohn:

I am in the real estate business and I have known Marco Laureti for the majority of my life. We grew up together, in an environment which was not conducive to much greatness but still, we dreamt of a life that we could build for ourselves. Few people I have kept in touch with over the years, but Marco was always different, and someone that I saw had the drive, compassion, and a good head on his shoulders. Not only have we been lifelong friends, but our families were also friends, we shared the same values, hardships, and goals. As time went on, life took its course, but when we would check on each other, I can firmly say that I was always proud of the person Marco was becoming. I know him to be an industrious, committed, hardworking, family man who is community-minded and other-centered. He soon started a family, to which my daughter was their flower girl, a ceremony that meant a lot as it was a new start for him. A loving husband, a father of three, only wanted to provide and care for his family. However, like so many when the real estate market corrected, lost more that one can handle, and quickly saw his school lively hood, something I had watched him build be gone, losing it all. The hardest hit was his wife leaving after the money was gone, taking with her the children. In a matter of months, anything and everything that was important to Marco was gone.

Adulthood has not been the kindest to Marco, and I will be the first to attest that he is not perfect. Hardships and putting blind trust into bad people have lead Marco to the situation he is in today. What came of all of this is a minimal amount of money and years suffering to now where he finds himself today. Compared to others involved who's real intentions were to violate the law and take advantage of others. From my limited point of view, it appears, many people took pleas in exchange for leniency in the testimony against him. The bigger fish fled and Marco got stuck holding the bag.

I pray for the court to find leniency for him to get himself together and to get back to his family but more importantly to get to work to repay to those who may have been victims; the best punishment is making him clean up his mess. I for one will stand by my friend and do anything I can to help get him back on his feet and reestablish himself in the Florida community.

Kind Regards

John Olsen

Walter Maino Jr.
316 S Coconut Ln
Miami Beach, Fl 33139

Honorable James I. Cohn
299 East Broward Blvd. Courtroom 203E
Ft. Lauderdale, Florida 33301

Re: United States v. Marco Laureti
Case Number 16-60340-CR

Dear Judge Cohn:

I am an e-commerce developer graduated at the University of Virginia in 1994 and met Marco Laureti at the tender innocent age of a ninth grader at Miami Beach Senior High School. He went on to graduate business school at University of Miami and we became inseparable life time friends from that moment onwards.

My lifetime reliability on Marco Laureti on his relentless support during countless episodes of both of personal and professional life is what pushes my heart to ask your Honor for leniency in his sentencing before you on this upcoming January 25th. Marco is a giving, kind-hearted son, brother, father and friend to many who could never be or have become who they are today without his voluntary, generous assistance.

As seasoned adults, we all come to realize that our character faults which are developed early in life, in this particular case, when I met Marco in High School. It didn't take long for me to realize that mine was procrastination and Marco's was poor judgement of character. Aside from me and a select few good friends, I'd say that everyone of his character choices ranging from his wife to business associates were overall people interested in anything and everything he had to offer, namely his genuine goodness and brilliant academical substance. Most of these people with whom he chose to share his personal and professional life never truly shared a common denominator of integrity, goodness of heart and intellect with him. The intrinsic disparity created by those people and him is the very essence of the problems that led his demise. Much there was to learn and enjoy from him but when it came to reciprocate, all of these poor character choices, all realized the seriousness of accounting time and decided not to support the very plate where they ate but also to incriminate Marco in an effort to ease the harshness of the legal system on themselves, making Marco the "scape goat" to their lifestyles and in doing so, also helping the government of the U.S. to pinpoint blame on a single person, to retain plea deals against him, all of which helped to simplify their case and to propense this Honorable Court's jury's guilty verdict.

In my humble opinion, it is inconceivable by all means of intellect and contextual assessment on Marco's current financial situation to expect your Honor to follow the letter of ordinance on his sentencing of 8 counts of a crime that if assumed as "committed" as found by this Honorable Court's jury should, at the very least, have yielded his minor children a roof with title "free and clear" for them to live. Yet, this is a far cry from the truth. Public Dade County records state that the mother and children are currently tenants at a government subsidized rental in Miami Dade County and the house whose purchase was used against Marco in trial went to foreclosure leaving no "tangible" gains available or at the use of Marco's benefactors at the current moment… hardly the case of even the simplest of mortgage fraud convicts.

To see Marco Laureti as a role model citizen does him not credit. More than that, he is a role model human being of the highest stature one can come to expect in life. I remember as a troubled teenager that Marco Laureti, upon finding out that my mother had thrown me out of the house as result of household brawls all too common nowadays, made it his priority to offer me room and board when I had nowhere to turn to and this was not a one time occurrence. This pattern of unconditional help without any expectations of reciprocity went on to his adult years when I needed his help in many aspects of my adult life when he stepped in and structured the solutions to many of my adult problems and I have gladly accepted and benefited from his selfless assistance. His relentless consistency of immeasurable help in numerous aspects of my life have led me to conclude that this is not a soul of man capable of committing a crime for quick gain. Furthermore and even more so important is the point that his level of intellect, selflessness and generosity all together put him in a place where there is no catalyst for crime, but only one of abundance of all that is expected for a man who harbours the utmost level of integrity and righteousness; oddly enough the same belief that led him to challenge the government to try a case against him whereby he believed to have the chance to present his defense, even against the most unfathomanable of pleas such as the ones rendered by people who took advantage of his good will and soul.

In sum, Marco has never manifested any intention of illicit enrichment throughout the course of the government's investigation and still to date and the proof lies in his current financial status and that of his children as aforementioned. I share my hopes that your Honor renders a sentence that addresses my point and that allows him the time and place where to gather his thoughts and improve his judgement of character skills so that he can rejoin and contribute positively to his family, friends, and society as soon as possible.

Respectfully submitted,

Walter Maino
316 S Coconut Lane
Miami Beach, Miami Beach, Fl 33139
waltermaino@gmail.com
(786) 2369999