AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| MARCO LAURETI | Case Number: 16CR60340-BLOOM (COHN) |

| PRESIDING JUDGE<br>JAMES I. COHN | PLAINTIFF'S ATTORNEY<br>Randall Katz | DEFENDANT'S ATTORNEY<br>David Garvin |
|---|---|---|
| TRIAL DATE (S)<br>Sentencing Hearing 1/31/18 | COURT REPORTER<br>Karl Shires | COURTROOM DEPUTY<br>Valerie Thompkins |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | 1/31/2018 | | X | Miami-Dade Transcript |
| B | | 1/31/2018 | | X | Loss Documents |
| B1 | | 1/31/2018 | | X | SBA/Bank United Loss |
| C | | 1/31/2018 | | X | Pacific National Bank filing and attachments |
| | | | | | |
| | | | | | Government witnesses- Michael Duncan and Gary Lehman |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.